| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  C J [signature]   ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): C J Lynch  C. Date of Delivery: 1-16-07 |
| 1. Article Addressed to:<br><br>America's Servicing Co.<br>c/o Sandra Bondarenko<br>7495 New Horizon Way<br>Frederick, MD 21703<br><br>3:06 CV 886 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>Sm & Cnp.<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0004 8204 5331 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540