IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWARD H. ALEWINE, *et al.*,                )<br>                                                                )<br>     Plaintiffs,                                          )<br>                                                                )<br>v.                                                             )<br>                                                                )<br>AMERICA'S SERVICING COMPANY, )<br>                                                                )<br>     Defendant.                                        ) | Case No. 3:06cv886-MHT |

## NOTICE OF APPEARANCE

Comes now the undersigned and enters his appearance as counsel of record for defendant America's Servicing Company.

 

/s/ James H. White, IV
JAMES H. WHITE, IV

Attorney for America's Servicing Company

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Ste. 1600
Birmingham, Alabama  35203
(205) 250-8369 - telephone
(205) 488-3769 – facsimile
jwhite@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2007, the foregoing has been served upon the following counsel of record via CM/ECF system which will send notification of such filing to the following:

Mr. Nicholas H. Wooten
Mr. Anjali Kamath
Wooten Law Firm, P.C.
P.O. Drawer 290
Lafayette, AL  36862

                                      /s/ James H. White, IV
                                      Of Counsel