IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWARD H. ALEWINE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06cv886-MHT |
| ) | |
| AMERICA'S SERVICING COMPANY,) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned and enters his appearance as counsel of record for defendant America's Servicing Company.

        /s/ D. Keith Andress
        D. KEITH ANDRESS

        Attorney for America's Servicing Company

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Ste. 1600
Birmingham, Alabama 35203
(205) 250-8367 – telephone
(205) 488-3767 – facsimile
kandress@bakerdonelson.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of February, 2007, the foregoing has been served upon the following counsel of record via CM/ECF system which will send notification of such filing to the following:

Mr. Nicholas H. Wooten
Mr. Anjali Kamath
Wooten Law Firm, P.C.
P.O. Drawer 290
Lafayette, AL  36862

                                          /s/ D. Keith Andress
                                          Of Counsel