IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWARD H. ALEWINE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06cv886-MHT |
| ) | |
| AMERICA'S SERVICING COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ANSWER OF AMERICA'S SERVICING COMPANY

Comes now Defendant America's Servicing Company ("ASC") and answers Plaintiffs' Complaint as follows:

### STATEMENT OF THE PARTIES

1. Upon information and belief, ASC admits that Plaintiff Edward H. Alewine is over the age of nineteen years. ASC is without sufficient information to admit or deny Mr. Alewine's residence.

2. Upon information and belief, ASC admits that Plaintiff Shelly M. Alewine is over the age of nineteen years. ASC is without sufficient information to admit or deny Ms. Alewine's residence.

3. Admitted.

### JURISDICTION

4. ASC does not contest jurisdiction.

### VENUE

5. ASC does not contest venue.

## COUNT ONE

### Violations of FDCPA

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

## COUNT TWO

### Violation of RESPA

11. ASC adopts and incorporates all previous paragraphs as if specifically set forth herein.

12. Denied.

13. Denied.

14. Denied.

## COUNT THREE

### Violation of the Automatic Bankruptcy Stay

15. ASC adopts and incorporates all previous paragraphs as if specifically set forth herein.

16. ASC admits that Plaintiffs filed for bankruptcy but has insufficient information to admit or deny the remaining allegations.

17. Denied.

18. Denied.

B DKA 738547 v1
2780973-000281 2/13/2007

## COUNT FOUR

### Negligence

19. ASC adopts and incorporates all previous paragraphs as if specifically set forth herein.

20. Denied.

21. Denied.

## COUNT FIVE

### Wantonness

22. ASC adopts and incorporates all previous paragraphs as if specifically set forth herein.

23. Denied.

24. Denied.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiffs' claims are barred under the doctrine of accord and satisfaction.

### Second Affirmative Defense

Plaintiffs' claims are barred by their contributory negligence.

### Third Affirmative Defense

Plaintiffs' claims were discharged in bankruptcy.

### Fourth Affirmative Defense

Plaintiffs breached the contract at issue in this dispute.

### Fifth Affirmative Defense

Plaintiffs' claims are barred by the doctrines of laches, estoppel, including judicial estoppel, collateral estoppel and/or *res judicata*, fraud, illegality, payment, release and waiver.

B DKA 738547 v1
2780973-000281 2/13/2007

### Sixth Affirmative Defense

Plaintiffs' claims are barred by the applicable statute of limitations.

### Seventh Affirmative Defense

Plaintiffs' claims are barred by the doctrine of unclean hands.

### Eighth Affirmative Defense

Plaintiffs' claims are barred by the doctrines of consent and/or ratification.

### Ninth Affirmative Defense

All of ASC's alleged acts were done in good faith pursuant to its lawful rights.

### Tenth Affirmative Defense

Wells Fargo pleads that any award of punitive damages in this case is subject to those limitations set forth in Alabama Code Section 6-11-21.

### Eleventh Affirmative Defense

Wells Fargo asserts that any award of punitive damages would violate the Due Process and Equal Protection Clauses of the Fifth, Eighth and Fourteenth Amendments to the United States Constitution.

### Twelfth Affirmative Defense

An award of punitive damages in this case would violate Articles I, Sections 1, 6, 9, 12 and 15 of the Constitution of Alabama of 1901.

### Thirteenth Affirmative Defense

Wells Fargo is entitled to setoff and recoupment

### Fourteenth Affirmative Defense

ASC reserves the right to supplement its list of affirmative defenses based upon discovery of new or additional information.

        /s/ D. Keith Andress
        D. KEITH ANDRESS
        JAMES H. WHITE, IV

        Attorneys for America's Servicing Company

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Ste. 1600
Birmingham, Alabama  35203
(205) 328-0480 – telephone
(205) 322-8007 – facsimile
kandress@bakerdonelson.com
jwhite@bakerdonelson.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 13th day of February, 2007, the foregoing has been served upon the following counsel of record via CM/ECF system which will send notification of such filing to the following:

    Mr. Nicholas H. Wooten
    Mr. Anjali Kamath
    Wooten Law Firm, P.C.
    P.O. Drawer 290
    Lafayette, AL  36862

        /s/ D. Keith Andress
        Of Counsel

B DKA 738547 v1
2780973-000281 2/13/2007