IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDWARD H. ALEWINE, ) | |
| SHELLY M. ALEWINE, ) | |
|     PLAINTIFFS, ) | Civil Action No: |
| ) | |
| VS. ) | 3:06cv886-MHT |
| ) | |
| AMERICA'S SERVICING COMPANY, ) | |
| ) | |
| ) | |
|     DEFENDANT. ) | |

## REPORT OF PARTIES PLANNING MEETING

    COME NOW the parties to the above-styled civil action and hereby file their Report of Parties' Planning Meeting held pursuant to Fed. R. Civ. P. 26(f) and the February 14, 2007 order of this Court. For their report of said meeting, the Parties jointly state the following:

1. Pursuant to FED. R. CIV. P. 26(f), a meeting was held on February 21, 2007 by teleconference, between Nick Wooten for Plaintiffs, Edward H. Alewine and Shelly Alewine, and Keith Andress for the Defendant, America's Servicing Company.

2. <u>Pre-Discovery Disclosures:</u>  The parties will exchange by March 9, 2007, the information required by Fed. R. Civ. P. 26(a)(1).

3. <u>Discovery Plan</u>: The parties jointly propose to the Court the following discovery plan:
    a. Discovery will be needed on the following subjects:
        i. Issues in respect to Forced Placed Insurance placed by the defendant.
        ii. The defendant's knowledge of the plaintiffs' prior bankruptcy.
        iii. Information regarding the defendant's policies and procedures for receiving, processing and responding to Qualified Written Requests by their servicing consumers.
        iv. Proof of the plaintiffs' claims and damages.
        v. The defendant's status as a debt collector in this action.

    b. Disclosure or discovery of electronically stored information should be handled as follows: Both parties reserve the right to conduct later if paper discovery discloses a factual basis or a necessity therefore.

    c. All discovery commenced in time to be completed by August 5, 2007.

4. <u>Other Items</u>:

    a. The parties do not request a conference with the Court before entry of the scheduling order.

    b. The parties request a pretrial conference on December 6, 2007.

    c. Plaintiffs should be allowed until June 1, 2007 to join additional parties and amend pleadings.

    d. Defendants should be allowed until July 1, 2007 to join additional parties and amend pleadings.

    e. All potentially dispositive motions should be filed by September 5, 2007.

    f. Settlement cannot be evaluated prior to completion of pre-discovery disclosures. Pursuant to relevant case law the plaintiffs have tendered a good faith settlement offer to the defendant in an attempt to prevent unnecessary accumulation of attorney's fees pursuant to the fee shifting statutes.

    g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from:

        i. Plaintiffs by October 15, 2007

        ii. Defendants by November 15, 2007

    h. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

    i. The case should be ready for trial by January 7, 2008 and at this time is expected to take approximately three (3) days.

Dated this 28<u>th</u> day of March 2007.

/s/ Nick Wooten_____

Nick Wooten (WOO084)
Attorney for the Plaintiffs


/s/ Keith Andress_____
Keith Andress
For the Defendant