IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWARD H. ALEWINE, *et al.*,   ) | |
| ) | |
| Plaintiffs,   ) | |
| ) | |
| v.   ) | Case No. 3:06cv886-MHT |
| ) | |
| AMERICA'S SERVICING COMPANY,   ) | |
| ) | |
| Defendant.   ) | |

## CORPORATE DISCLOSURE STATEMENT OF AMERICA'S SERVICING COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Wells Fargo Home Mortgage, doing business as America's Servicing Company, discloses that it is a division of Wells Fargo Bank, N.A., which is a wholly-owned subsidiary of WFC Holdings Corporation, which is a wholly-owned subsidiary of Wells Fargo & Company.  Of these companies, only Wells Fargo & Company is publicly traded.

/s/ D. Keith Andress
D. KEITH ANDRESS
JAMES H. WHITE, IV

Attorneys for America's Servicing Company

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Ste. 1600
Birmingham, Alabama  35203
(205) 328-0480 – telephone
(205) 322-8007 – facsimile
kandress@bakerdonelson.com
jwhite@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March, 2007, the foregoing has been served upon the following counsel of record via CM/ECF system which will send notification of such filing to the following:

Mr. Nicholas H. Wooten
Mr. Anjali Kamath
Wooten Law Firm, P.C.
P.O. Drawer 290
Lafayette, AL  36862


　　　　　　　　　　　　　　　　/s/ D. Keith Andress
　　　　　　　　　　　　　　　　Of Counsel

2