**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EDWARD H. ALEWINE,** | ) | |
| **SHELLY M. ALEWINE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 3:06cv886-MHT** |
| | ) | |
| **AMERICA'S SERVICING COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PLAINTIFFS' RULE 26(a)(1) DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1) and local Rule 26.1(a)(1), the plaintiffs' provide the following disclosures which are based upon the knowledge presently possessed by the plaintiffs. These disclosures will be supplemented if necessary pursuant to the Rule:

1.  **Individuals who may have discoverable knowledge:**

    a.  The plaintiffs

    b.  The employees of Ocwen Federal Bank most familiar with the Plaintiff's loan, this entities servicing practices and the plaintiffs payment history.

    c.  The employees of the defendant most familiar with the plaintiffs' loan, payment history, this entities servicing practices and the manner in which payment information is relayed to the billing department.

d.      The employees of the defendant most familiar with the defendant's practices as it relates to debt collection, validation and credit reporting.

e.      The employees of this defendant most familiar with this defendant's obligations to the plaintiffs under federal consumer protection statutes including the bankruptcy statues, RESPA, FDCPA and FCRA.

f.      The employees of this defendant most familiar with the defendant's policies with regards to responding to qualified written requests from consumers.

g.      Any other individual whose identity becomes known during the course of discovery who possesses relevant and discoverable knowledge.

2.  **Documents that the plaintiffs will use to support its contentions in this case**

a.      Copies of check stubs and money orders for each payment due on this loan since January of 2000.

b.      Copies of the payment history on this loan from Ocwen Federal Bank.

c.      Copies of the payment history on this loan from America's Servicing Company.

d.      Copies of each monthly statement issued by the defendant for the relevant time period.

e.      Copies of the plaintiffs' credit report.

2

f.    Transcripts of tape recorded conversations with debt collectors employed

by America's Servicing Company.

g.    Copies of the Bankruptcy Trustees' reports of payment on the plaintiffs

bankruptcy.

### 3. Damages Claimed

a.    Statutory damages pursuant to statutes sued upon.
b.    Actual damages (where allowed by statute).
c.    Mental anguish damages (where allowed by statute).
d.    Exemplary damages (where allowed by statute).
e.    Attorney's fees pursuant to statutes sued upon.

Dated this 2nd day of March, 2007.

_/s/_ Nick Wooten_____
Nick Wooten
Attorney for the Plaintiffs

**OF COUNSEL:**

Wooten Law Firm, P.C.
Trial Lawyers
P.O. Box 290
10 Second Avenue S.E.
LaFayette, AL  36862
Tel:    (334) 864-2132
Fax:    (334) 864-2133