IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWARD H. ALEWINE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06cv886-MHT |
| ) | |
| AMERICA'S SERVICING COMPANY,) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S RULE 26(a)(1) DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant, America's Servicing Company ("ASC"), provides the following disclosures which are based upon knowledge presently possessed by the Defendant. These disclosures will be supplemented if necessary pursuant to the Rule:

**1. Individuals who may have discoverable knowledge:**

a. The plaintiffs

b. Representatives of Ocwen Federal Bank most familiar with Plaintiffs' loan and mortgage, including all payment issues and other compliance issues pertaining to the subject loan.

c. ASC representatives familiar with the Plaintiffs' loan, payment history, compliance with the subject loan and related mortgage, and collection activities relating to the Plaintiffs' loan.

    d.    Defendant's representatives most familiar with the Plaintiffs' purported Qualified Written Request letter.

    e.    Any person with first hand knowledge pertaining to the Plaintiffs' alleged damages.

    f.    Any other person whose identity becomes known during the course of discovery who possesses knowledge pertaining to the allegations or defenses in this lawsuit.

**2. Documents that Defendant will use to support its defenses in this case.**

The documents currently in possession of the Defendant have been mailed to the Plaintiffs' counsel.

**3. Insurance Agreements.**

Defendant is not aware of any insurance applicable to this dispute.

/s/ D. Keith Andress
D. KEITH ANDRESS
JAMES H. WHITE, IV

Attorneys for America's Servicing Company

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Ste. 1600
Birmingham, Alabama  35203
(205) 328-0480 – telephone
(205) 322-8007 – facsimile
kandress@bakerdonelson.com
jwhite@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, the foregoing has been served upon the following counsel of record via CM/ECF system which will send notification of such filing to the following:

Mr. Nicholas H. Wooten
Mr. Anjali Kamath
Wooten Law Firm, P.C.
P.O. Drawer 290
Lafayette, AL  36862


/s/ D. Keith Andress
Of Counsel