**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EDWARD H. ALEWINE,** | ) | |
| **SHELLY M. ALEWINE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 3:06cv886-MHT** |
| | ) | |
| **AMERICA'S SERVICING COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF TAKING DEPOSITIONS

NOTICE TO:    America's Servicing Company
C/O Keith Andress
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 N. 20th Street, Ste. 1600
Wachovia Tower
Birmingham, AL 35203

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, Plaintiff will take the **video** deposition of the 30(b)(6) representative of the defendant, all employees of the Defendant, upon oral examination before an officer authorized by law to administer oaths. The matters on which examination is requested are:

i.  Issues with respect to Forced Placed Insurance placed by the defendant.

ii. The defendant's knowledge of the plaintiffs' prior bankruptcy.

iii. Information regarding the defendant's policies and procedures for receiving, processing and responding to Qualified Written Requests by their servicing consumers.

iv. Issues with respect to this defendant's attempts to collect amounts allegedly owed to prior servicing entities.

v. The defendant's status as a debt collector in this action.

vi. This defendant's actions with respect to the servicing of the plaintiffs' loan.

vii. This defendant's servicing policies and procedures for similarly situated loans with this defendant.

viii. Any other matter germane to this lawsuit.


Said deposition shall be taken at:

                  The law offices of:
                  Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
                  420 N. 20th Street, Ste. 1600
                  Wachovia Tower
                  Birmingham, AL 35203

Said depositions shall commence at 10:00 am on June 26, 2007 and shall continue until completed, you are invited to attend and cross-examine.

Filed this the 22nd day of May 2007.


                      _/s/ Nick Wooten_____
                      Nicholas H. Wooten (WOO084)
                      Attorney for the Plaintiff



OF COUNSEL:

WOOTEN LAW FIRM, P.C.
ATTORNEYS AT LAW
P.O. Drawer 290
Lafayette, Alabama 36862
(334) 864-2132

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing upon the Defendants by providing an electronic copy on this the 22nd day of May 2007 to

Keith Andress
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 N. 20th Street, Ste. 1600
Wachovia Tower
Birmingham, AL 35203

 _/s/ Nick Wooten_
OF COUNSEL