**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| EDWARD H. ALEWINE, ) | |
| SHELLY M. ALEWINE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO.: 3:06cv886-MHT |
| ) | |
| AMERICA'S SERVICING COMPANY, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S FIRST CONSOLIDATED DISCOVERY REQUEST

### INTERROGATORIES

Comes now the Plaintiff and propounds the following interrogatories to the defendant:

1. Please state the name of the person answering these interrogatories on behalf of the defendant.

2. Please state the name of the person most knowledgeable concerning this defendant's policies and procedures for servicing mortgages.

3. Please state whether this defendant has any written policies and procedures which govern or control how this defendant conducts its mortgage servicing business.

4. If the answer to the previous interrogatory is in the affirmative please provide the name of the custodian of said policies and procedures along with a description of the container or repository where said policies and procedures are contained so that said repository or container can be accurately described.

5. Do you contend that the plaintiffs have ever missed a payment to your company?

6. If the answer to number five is in the affirmative, please state with specificity the date of the missed payment along with the amount of the missed payment.

7. Do you contend that the plaintiffs have ever failed to pay taxes on their property?

8. If the answer to number 7 is in the affirmative please state with specificity the date of the missed payment along with the amount of the missed payment.

9. Do you contend that the plaintiffs have ever failed to pay insurance on their property?

10. If the answer to number 9 is in the affirmative please state with specificity the dates that you contend that the plaintiffs' home was not covered by insurance.

11. Please state the name, address and phone number of each employee of the defendant who spoke with the plaintiffs and whose conversations are memorialized in the documents bearing ASC's bates stamp numbers 233-272.

12. Please state when you responded to the Qualified Written Request dated October 3, 2005 regarding this account.

## REQUEST FOR PRODUCTION

13. Please produce any e-mails, internal memoranda, memos, or other correspondence which reference the plaintiffs, the plaintiffs account, the plaintiffs loan number, the plaintiffs address, or which memorialize any conversations with, concerning or about the plaintiffs, their account, their loan number or their address.

14. For each employee listed in answer to number 11 above please produce their complete employee file.

15. Please produce a copy of the documentation evidencing your response to the Plaintiff's Qualified Written request dated October 3, 2005.

16. Please produce any policy and procedures manual used to govern or control the mortgage servicing aspects of this defendant's business.

17. Please produce any training materials used by this defendant that are intended to convey this defendant's responsibilities with respect to the FDCPA, FCRA, or RESPA.

## REQUEST FOR ADMISSION

18. Admit that you are a debt collector as that term is defined by the FDCPA for the purposes of servicing this loan.

19. Admit that you assumed servicing responsibilities for this loan while the plaintiffs were in Chap. 13 bankruptcy.

20. Admit that you received a Qualified Written Request dated October 3, 2005 regarding this account.

21. Admit that you did not respond to that Qualified Written Request within the time allowed by law.

2

Done and filed this 22nd day of May 2007.


    /s/ Nick Wooten
Nick Wooten
Attorney for the Plaintiffs


**OF COUNSEL:**

Wooten Law Firm, P.C.
Trial Lawyers
P.O. Box 290
10 Second Avenue S.E.
LaFayette, AL  36862
Tel:    (334) 864-2132
Fax:    (334) 864-2133

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the Defendants by providing an electronic copy on this the 22nd day of May 2007 to

Keith Andress
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 N. 20th Street, Ste. 1600
Wachovia Tower
Birmingham, AL 35203


    /s/ Nick Wooten
OF COUNSEL