**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EDWARD H. ALEWINE,** | ) | |
| **SHELLY M. ALEWINE,** | ) | |
|        **PLAINTIFFS,** | ) | **Civil Action No:** |
| | ) | |
| **VS.** | ) | **3:06cv886-MHT** |
| | ) | |
| **AMERICA'S SERVICING COMPANY,** | ) | |
| | ) | |
| | ) | |
|        **DEFENDANT.** | ) | |

## PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS

Comes now the Plaintiff by and through her undersigned counsel and propounds the following as a list of witnesses who may be called and a list of exhibits that may be used in the trial of this matter. The Plaintiff has attempted to list all of the witnesses that may offer evidence of a portion of the claim in this case. The Plaintiff has also attempted to anticipate any witnesses needed for rebuttal or impeachment in the case at bar and list those witnesses as well. Depending on the evidence presented at the trial of this matter by the defendant, other witnesses may become necessary for rebuttal or impeachment. In addition, the Plaintiff reserves the right to call any persons whose names are mentioned in any depositions in this case or mentioned or listed on any documents produced by any other party or non-party pursuant to any subpoena, other discovery, or otherwise named by any other method. All of these names are equally available to the defendant in this case. The Plaintiff may also call any person whose names are mentioned or listed in any exhibits to any depositions, as well as any other custodian of records, agents, servants, or employees, of any of the persons, firms, corporations, and agencies referenced below. The Plaintiff reserves the right to call rebuttal or impeachment witnesses at trial.

The following list also identifies any exhibits the Plaintiff may use as exhibits at trial. All of the exhibits are available for the defendant's inspection and copying. The Plaintiff may also use any blow-ups or enlargements of any of the mentioned exhibits. The Plaintiff may use any depositions or portions thereof taken in this case by any party. The Plaintiff also adopts the defendant's list of witnesses and exhibits. The Plaintiff reserves the right to introduce documents or exhibits for

rebuttal or impeachment purposes at trial. Further discovery and investigation may lead to other witnesses or exhibits.

<u>**WITNESSES**</u>

1.    The plaintiffs.

2.    Any employee of the defendant.

3.    Any former employee of the defendant.

4.    The defendant's corporate representative.

5.    Any person listed or named in any deposition taken.

6.    Any person listed in any document produced pursuant to discovery.

7.    Any other witness that additional discovery may make necessary

8.    Any other witness needed for impeachment or rebuttal.

9.    The Plaintiff adopts as a portion of their witness list the witness list of the Defendant.

<u>**THE PLAINTIFF EXPRESSLY RESERVES THE RIGHT TO ALTER, AMEND, MODIFY, OR SUPPLEMENT THIS EXHIBIT LIST AS DISCOVERY IS NOT COMPLETED IN THIS CASE AND ADDITIONAL FACTS MAY BRING TO LIGHT ADDITIONAL NECESSARY EXHIBITS FOR A FAIR AND IMPARTIAL TRIAL OF THIS MATTER. COUNSEL FOR THE PLAINTIFF WILL, WITH ALL DILIGENCE, SEEK TO NOTIFY COUNSEL FOR THE DEFENDANT OR MAKE AVAILABLE ANY ADDITIONAL EXHIBITS TO COUNSEL FOR THE DEFENDANT UPON DISCOVERY OF SAME.**</u>

<u>**EXHIBITS**</u>

1.    Any pleadings in the case.

2.    All or any portion of any deposition taken in this case.

3.    All documents produced during discovery from any source.

4.    The applicable jury instructions.

5.    Any exhibits attached to any deposition in the case.

6.      Any correspondence, writing, recording, or any other form of communication by and between the parties, or any party and any material witness.

7.      Any and all information contained in any employee file of any employee or former employee of the defendant.

8.      Any and all other documents whatsoever related to this action now in the possession of the Defendants that may become necessary for impeachment or rebuttal.

9.      Any and all documents of whatsoever nature, and however related to this case that come into the possession of the Plaintiff between the date of submission of this list and the trial of this matter that may be used for evidence in the claim but not now within the purview or knowledge of the Plaintiff.

10.     The Plaintiff adopts the exhibit list of the defendant as an addendum to his own exhibit list.


Done and filed this the 27th day of  June 2007.




   /s/ Nick Wooten
Nicholas Heath Wooten (WOO084)
Attorney for the Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel of record for the defendant to this action on this the 27th day of June 2007, by the following method(s):  Electronic Mail and US Mail

Keith Andress
 Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
 420 N. 20th Street, Ste. 1600
 Wachovia Tower
 Birmingham, AL 35203


   /s/ Nick Wooten
OF COUNSEL