IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| EDWARD H. ALEWINE and<br>SHELLY M. ALEWINE,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERICA'S SERVICING<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    3:06cv886-MHT<br>)<br>)<br>)<br>)<br>) |

**ORDER**

It is ORDERED as follows:

(1) The joint motion to extend (Doc. No. 17) is granted to the extent that the discovery deadline is extended to September 28, 2007.

(2) Said motion is denied in all other respects.

DONE, this the 31st day of July, 2007.

                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE