**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **EDWARD H. ALEWINE,** | ) |
| **SHELLY M. ALEWINE,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )  **CASE NO.: 3:06cv886-MHT** |
| | ) |
| **AMERICA'S SERVICING COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF'S THIRD CONSOLIDATED DISCOVERY REQUEST**

**INTERROGATORIES**

Comes now the Plaintiff and propounds the following interrogatories to the defendant:

25. Please state how many loans the defendant purchased the servicing rights to on November 1, 2002 from Ocwen, which included the plaintiffs' loan.

26. Please state how many loans of the loans purchased from Ocwen, referenced in 26 above, were considered to be in default at the time they were purchased.

27. Please state how many loans Wells Fargo services in the name of America's Servicing Company which are in default as of the date of answering this interrogatory.

28. Please state how many total loans Wells Fargo services in the name of America's Servicing Company as of the date of answering this interrogatory.

29. Please state whether America's Servicing Company or Wells Fargo has ever been found to be a debt collector within the meaning of the FDCPA in any litigation within the last ten years. For each such litigation, list the style, case number and court so holding.

30. Please state the names and titles of the person who is most familiar with the ALEX database reference in Cindy Shanabrook's deposition.

31. Please state the names and titles of the person who is most familiar with the FIDELITY database referenced in Cindy Shanabrook's deposition.

32. Please state the name, alias, acronym or identification of the defendant's collections training manual.

33. Please state the name and titles of the person who is most familiar with the defendant's collections training manual.

34. Please state the name and title of the person who is most familiar with the defendant's mortgage servicing policies and procedures.

35. Please state the name and title of the person who is most familiar with the defendant's collections policies and procedures.

36. Please state the number of times this defendant has been sued for failing to respond to a Qualified Written Request or to make corrections to a mortgage account pursuant to a Qualified Written Request in the last ten years.

37. For each such suit, provide the style of the action including the case number and the jurisdiction of the action.

38. Please state the number of times either Wells Fargo or America's Servicing Company has been sued wherein it was alleged that the defendant violated the Fair Debt Collection Practices Act.

39. For each such suit, provide the style of the action including the case number and the jurisdiction of the action.

## REQUEST FOR PRODUCTION

40. Please produce a complete copy of the training manual for the FIDELITY database system as referenced in Cindy Shanabrook's deposition.

41. Please produce a complete copy of the policies and procedures manual contained in the FIDELITY database as referenced in Cindy Shanabrook's deposition.

42. Please produce a complete copy of the policies and procedures manual contained in the ALEX database as referenced in Cindy Shanabrook's deposition.

43. Please produce a complete copy of the collections training manual for the defendant as referenced in Cindy Shanabrook's deposition.

44. Please produce any e-mails from the WellsFargo.com domain which reference or mention the plaintiffs or their loan number.

Done and filed this 9th day of August 2007.

       /s/ Nick Wooten
Nick Wooten
Attorney for the Plaintiffs

**OF COUNSEL:**

Wooten Law Firm, P.C.
Trial Lawyers
P.O. Box 290
10 Second Avenue S.E.
LaFayette, AL 36862
Tel:   (334) 864-2132
Fax:   (334) 864-2133

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the foregoing upon the Defendants by providing an electronic copy on this the 9th day of August 2007 to:

Keith Andress
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 N. 20th Street, Ste. 1600
Wachovia Tower
Birmingham, AL 35203


     /s/ Nick Wooten
OF COUNSEL

3