# Wooten Law Firm, P.C.
## Trial Lawyers

Nick Wooten

Mailing Address:
P.O. Drawer 290
LaFayette, Alabama 36862

Street Address:
10 Second Avenue S.E.

Tax ID #: 63-1251905
Office: (334) 864-2132
Toll Free 1-877-864-2132
Fax: (334) 864-2133

October 3, 2005

America's Servicing Company
Qualified Written Request Department
P.O. Box 10328
Des Moines, IA 50306-0388


EXHIBIT 1

In re: **Edward H. Alewine, Shelly M. Alewine**
**Property located at 1102 Alewine Drive Valley, Al. 36854-4353**
**Loan Number: 1099003191**

To Whom It May Concern:

    I am writing on behalf of my clients Edward H. Alewine and Shelly M. Alewine. This is a qualified written request pursuant to RESPA (section 2605(e)).
    My clients received a letter dated July 18, 2005 from your offices in Maryland indicating an escrow deficiency. My clients' loan has never had an escrow account. Further, your letter indicates that you charged this previously nonexistent escrow account for force placed insurance. However, my clients have maintained and continue to maintain full coverage insurance on this loan.
    I have enclosed the following items for your consideration: Exhibit "A" is a copy of your letter dated July 18, 2005. Exhibit "B1-B4" are my clients declarations pages for their last four years of insurance which includes coverage through 8/20/2006. Exhibit "C1-C2" are copies of my clients payments of their taxes for the last five years. I note that taxes are not yet due for 2005. Lastly, as Exhibit "D1-D2" I have enclosed for your consideration a copy of the last two months billings on this account which tends to show that the payment amount has been increased by $53.08.
    I make the following requests on behalf of my client:

1. Please provide me with a complete payment history since you began servicing the loan in question.
2. Please provide me with a transaction history which shows all actions taken by your firm in regards to this account.
3. Please provide me with a complete explanation of why you contend that there is not insurance coverage on this loan.
4. Please provide me with all documentation regarding the insurance placed on this loan by you, including from whom it was purchased, a declarations page, as well as a copy of any agreements between yourself and the insurance company providing said coverage.
5. As these documents show conclusively that coverage is and has been in effect on this loan since before your company became involved in servicing this mortgage and that there are no taxes due I am requesting on behalf of my clients that you reverse the charges you have made to this

previously nonexistent escrow account and that you return their payment to its appropriate amount of $382.85. Also, I would expect that any charges you posted to their account as a result of these fraudulent charges would be reversed as well.

I would expect that you would provide me this information and make the requested corrections within the time allowed by law. Further, I would expect that you would confirm this to me in writing within the time allowed by law. Thank you in advance for your response that is in conformance with the legal requirements of the RESPA (section 2605(e)).

Sincerely,

Nick Wooten



7495 NEW HORIZON WAY
FREDERICK, MD 21703

July 18, 2005

Edward H Alewine
Shelly M Alewine
1102 Alewine Dr
Valley AL 36854

                                    RE:  Loan Number   1099003191
                                         Client 106

Dear Edward H Alewine and Shelly M Alewine :

A review of your account indicates that your account has an escrow
deficiency for the payment of taxes and/or lender placed insurance
in the amount of $636.90. These funds were advanced by us on your
behalf. We have adjusted your payment to spread this amount over
12 payments beginning with your payment due October 01, 2005. Your new
payment amount is as follows:

         Principal & Interest         $      382.85
         Escrow Deficiency Spread            53.08

         Total Payment                $      435.93

We have not established an escrow account for future payments of
taxes and/or insurance. If you would like to have an escrow account
for the payment of these items, please forward a written request
along with copies of your tax bills and insurance policy to the
following address:

         ASC
         PO Box 10388
         Des Moines  IA  50306-0388

Should you have additional questions, please call our Customer
Relations Department at 800-842-7654. A representative will be able
to assist you 9:00 AM to 6:00 PM, Eastern Time, Monday through
Friday. You may also obtain information about your loan through
our automated Personal Mortgage Information Line, 24 hours a day,
365 days a year.

Sincerely,

ASC

                                              AN005/VS1



EXHIBIT A

**FOREMOST**
INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN
A Stock Company

Policy Number: **103 - 0647377706 - 02**

# MOBILE HOME
# DECLARATIONS PAGE

**YOU AS NAMED INSURED AND YOUR ADDRESS:**

EDWARD ALEWINE
1102 ALEWINE DR
VALLEY AL 36854-4353

| POLICY INFORMATION | Policy Period: From 08/20/02 To 08/20/03 12:01 A.M. STANDARD TIME |
|---|---|
| Policy Number: 103-0647377706-02 | Renewal Of: |

| MOBILE HOME LOCATION | Park Name: | |
|---|---|---|
| Address: 1102 ALEWINE DR VALLEY AL 36854 | In City Limits: YES | |
| | County: CHAMBERS | |

| MOBILE HOME INFORMATION | Width: 24 | Length: 60 | Serial Number: 4116 |
|---|---|---|---|
| Model Year: 1986 | Manufacturer/Model: HORTON | | |

| RATING INFORMATION | Use: PRIMARY | Customer Age Group: UNDER 50 | |
|---|---|---|---|
| Approved Park: NO | Auxiliary Heating Device: NO | Tied Down: YES | Age Of Home: 16 Years |

**YOUR POLICY IS SERVICED BY:**                     TELEPHONE: (334) 749-7200
                                                    Agency Code: 01-9200-161-0

JAMES ANTHONY ROGERS
2104 FREDERICK RD
OPELIKA AL 36801-7216

**LIENHOLDER #1**
Loan Number
OCWEN FED BANK
ISAOA
PO BOX 57002
IRVINE CA 92619



EXHIBIT
B-1

**FOREMOST INSURANCE COMPANY**
GRAND RAPIDS, MICHIGAN
A Stock Company

Policy Number: 103 - 0647377706 - 03

# MOBILE HOME
## DECLARATIONS PAGE

**YOU AS NAMED INSURED AND YOUR ADDRESS:**

EDWARD ALEWINE
1102 ALEWINE DR
VALLEY AL 36854-4353

| POLICY INFORMATION | Policy Period: From 08/20/03 To 08/20/04 12:01 A.M. STANDARD TIME |
|---|---|
| Policy Number: 103-0647377706-03 | Renewal Of: 103-0647377706-02 |

| MOBILE HOME LOCATION | Park Name: | |
|---|---|---|
| Address: 1102 ALEWINE DR VALLEY AL 36854 | In City Limits: YES | |
| | County: CHAMBERS | |

| MOBILE HOME INFORMATION | Width: 24 | Length: 60 | Serial Number: 4116 |
|---|---|---|---|
| Model Year: 1986 | Manufacturer/Model: HORTON | | |

| RATING INFORMATION | Use: PRIMARY | Customer Age Group: 50 OR OVER |
|---|---|---|
| Approved Park: NO | Auxiliary Heating Device: NO | Tied Down: YES | Age Of Home: 17 Years |

**YOUR POLICY IS SERVICED BY:**  TELEPHONE: (334) 749-7200
Agency Code: 01-9200-161-0

JAMES ANTHONY ROGERS
2104 FREDERICK RD
OPELIKA AL 36801-7216

**LIENHOLDER #1**
Loan Number
OCWEN FED BANK
ISAOA
PO BOX 57002
IRVINE CA 92619

IF PAYMENT IS RECEIVED BY 08/20/03 THIS WILL BE YOUR RENEWAL DECLARATIONS PAGE.


EXHIBIT B-2

HOME OFFICE - 5600 BEECH TREE LANE - P.O. BOX 2450 - CALEDONIA, MI 49316
Form 82000 03/97
INSURED COPY



**FOREMOST**
INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN
A Stock Company

Policy Number: **103 - 0647377706 - 04**

# MOBILE HOME
# DECLARATIONS PAGE

**YOU AS NAMED INSURED AND YOUR ADDRESS:**

EDWARD ALEWINE
1102 ALEWINE DR
VALLEY AL 36854-4353

| POLICY INFORMATION | Policy Period: From 08/20/04 To 08/20/05 12:01 A.M. STANDARD TIME |
|---|---|
| Policy Number: 103-0647377706-04 | Renewal Of: 103-0647377706-03 |

| MOBILE HOME LOCATION | Park Name: | |
|---|---|---|
| Address: 1102 ALEWINE DR VALLEY AL 36854 | In City Limits: YES | |
| | County: CHAMBERS | |

| MOBILE HOME INFORMATION | Width: 24 | Length: 60 | Serial Number: 4116 |
|---|---|---|---|
| Model Year: 1986 | Manufacturer/Model: HORTON | | |

| RATING INFORMATION | Use: PRIMARY | | Customer Age Group: 50 OR OVER | |
|---|---|---|---|---|
| Approved Park: NO | Auxiliary Heating Device: NO | Tied Down: YES | Age Of Home: 18 Years | |

**YOUR POLICY IS SERVICED BY:**

JAMES ANTHONY ROGERS
2104 FREDERICK RD
OPELIKA AL 36801-7216

TELEPHONE: (334) 749-7200
Agency Code: 01-9200-161-0

**LIENHOLDER #1**
Loan Number
OCWEN FED BANK
ISAOA
PO BOX 57002
IRVINE CA 92619

IF PAYMENT IS RECEIVED BY 08/20/04 THIS WILL BE YOUR RENEWAL DECLARATIONS PAGE.

EXHIBIT B-3



**FOREMOST**
INSURANCE COMPANY
GRAND RAPIDS, MICHIGAN
A Sioux Company

Policy Number: **103 - 0647377706 - 05**

# MOBILE HOME
# DECLARATIONS PAGE

**YOU AS NAMED INSURED AND YOUR ADDRESS:**

EDWARD ALEWINE
1102 ALEWINE DR
VALLEY AL 36854-4353

| POLICY INFORMATION | Policy Period: From 08/20/05 To 08/20/06 12:01 A.M. STANDARD TIME |
|---|---|
| Policy Number: 103-0647377706-05 | Renewal Of: 103-0647377706-04 |

| MOBILE HOME LOCATION | Park Name: | |
|---|---|---|
| Address: 1102 ALEWINE DR VALLEY AL 36854 | In City Limits: YES | |
| | County: CHAMBERS | |

| MOBILE HOME INFORMATION | Width: 24 | Length: 60 | Serial Number: 4116 |
|---|---|---|---|
| Model Year: 1986 | Manufacturer/Model: HORTON | | |

| RATING INFORMATION | Use: PRIMARY | Customer Age Group: 50 OR OVER |
|---|---|---|
| Approved Park: NO | Auxiliary Heating Device: NO | Tied Down: YES | Age Of Home: 19 Years |

**YOUR POLICY IS SERVICED BY:**

TELEPHONE: (334) 749-7200
Agency Code: 01-9200-161-0

JAMES ANTHONY ROGERS
2104 FREDERICK RD
OPELIKA AL 36801-7216

**LIENHOLDER #1**
Loan Number
OCWEN FED BANK
ISAOA
PO BOX 6723
SPRINGFIELD OH 45501

IF PAYMENT IS RECEIVED BY 08/20/05 THIS WILL BE YOUR RENEWAL DECLARATIONS PAGE.

EXHIBIT B-4

Form 82000 03/97

HOME OFFICE - 5600 BEECH TREE LANE - P.O. BOX 2450 - CALEDONIA, MI 49316
**INSURED COPY**
07/04/05

## Receipt 1

Wendy Williams
Revenue Commissioner
#2 LaFayette Street
LaFayette, Al 36862

Deed # 1832(0)

**PAID**

Address Service Requested

Alewine, Edward H. Jr. &
Shelly M.
P.O. Box 855
Valley  Al  36854

| Field | Value |
|---|---|
| Tax Bill For Year | 2000 |
| Receipt/Bill Number | 15,104 |
| Account Number | 000328 |
| Assessed Value | 3,160 |
| State & County Tax | $38.61 |
| Municipal Tax | $0.00 |
| School Tax | $12.96 |
| Exemptions | $51.14 |
| Other Fees | 0.00 |
| Timber | 0.00 |
| TOTAL AMOUNT DUE | $51.57 |

Paid Tax Receipt
12/29/2000  11:09:35 AM
Clerk: Ruth
Check No.:
Amt Paid: 51.57

| Account Number | 000328 |
| Receipt/Bill Number | 15,104 |
| Total Amount Due | $51.57 |

Please tell us if your address or your exemption status has changed so we can update your account.

IF YOUR ADDRESS, EXEMPTION STATUS CHANGED OR YOU HAVE A MOBILE HOME ON YOUR PROPERTY PLEASE TELL
CUSTOMER COPY    1809292001003002

## Receipt 2

Wendy Y. Williams
Revenue Commissioner
#2 LaFayette Street
LaFayette Al  36862

**PAID**

Address Service Requested

Alewine, Edward H. Jr. &
Shelly M.
P.O. Box 855
Valley  Al  36854

| Field | Value |
|---|---|
| Tax Bill For Year | 2001 |
| Receipt Number | 9489 |
| Account Number | 000336 |
| Assessed Value | 3,160 |
| State & County Tax | $38.61 |
| Municipal Tax | $0.00 |
| School Tax | $12.96 |
| Exemptions | $51.14 |
| Other Fees | 0.00 |
| Timber | $0.00 |
| TOTAL AMOUNT DUE | $51.57 |

PAID TAX RECEIPT
12/7/2001  9:18:37 AM
Clerk: Dru
Check No.:
Paid By: Alewine, Edward H. Jr. &

| Amount Paid | $51.57 |
| Payments | $51.57 |
| Balance Due | $0.00 |

IF YOUR ADDRESS, EXEMPTION STATUS OR YOU HAVE A MANUFACTURED HOME ON YOUR PROPERTY PLEASE TELL US
CUSTOMER COPY   PN: /1809292001003002    MH: 017461

## Receipt 3

Wendy Williams
Revenue Commissioner
#2 LaFayette Street
LaFayette  AL  36862

**PAID**

Address Service Requested

Alewine, Edward H. Jr. &
Shelly M.
P.O. Box 855
Valley  AL  36854

| Field | Value |
|---|---|
| Tax Bill For Year | 2002 |
| Receipt Number | 12127 |
| Account Number | 000336 |
| Assessed Value | 3,140 |
| State & County Tax | $17.44 |
| Municipal Tax | $0.00 |
| School Tax | $33.59 |
| Exemptions | $51.01 |
| Other Fees | 0.00 |
| Timber | $0.00 |
| TOTAL AMOUNT DUE | $51.03 |

PAID TAX RECEIPT
12/19/2002  9:14:44 AM
Clerk: Dru
Check No.:
Paid By: Alewine, Edward H. Jr. &

| Amount Paid | $51.03 |
| Payments | $51.03 |
| Balance Due | $0.00 |

IF YOUR ADDRESS, EXEMPTION STATUS OR YOU HAVE A MANUFACTURED HOME ON YOUR PROPERTY PLEASE TELL US
CUSTOMER COPY   PN: /1809292001003002    MH: 017858


EXHIBIT C-1

**WENDY Y. WILLIAMS, REVENUE COMMISSIONER, CHAMBERS COUNTY**
**CHAMBERS COUNTY COURTHOUSE**
**#2 LAFAYETTE ST**
**LAFAYETTE, AL 36862**

Parcels: 18-09-29-2-001-003.002-0

| TAX YEAR 2003 | MUNICIPAL CODES 01 Rural 03 Lanett 04 LaFayette 06 Waverly | OTHER TAXES & FEES FT Forest Tax FF Fire Tax AF Assessor Fee | Receipt No. | 10619 |
|---|---|---|---|---|
| | | | Account No. | 336 |

| TOTAL STATE COUNTY | HOMESTEAD EXEMPT VALUE ST & CO TAX | NET STATE COUNTY TAX | DISTRICT SCHOOL | MUNICIPAL | OTHER TAXES & FEES | TOTAL TAXES & FEES |
|---|---|---|---|---|---|---|
| ST 20.02 | 3080 | 20.02 | 0.00  1 | 12.63  3 | 0.00 | 0.00  AF  0 | 49.49 |
| CO 47.13 | 2000 | 30.60 | 16.53  2 | 0.00  4 | 0.00 | | |
| CW 20.33 | 0 | 0.00 | 20.33  3 | 0.00  6 | 0.00 | | |

Beg Decal 19385    End Decal 0            Tax Year 2003

| Value 3080 | Owner Name and Address | Interest | 0.00 |
|---|---|---|---|
| | ALEWINE, EDWARD H. JR. & | Citation | 0.00 |
| Description in Revenue | SHELLY M. | Del. Fee | 0.00 |
| Commissioner's Office | P.O. BOX 855 | Advertising | 0.00 |
| | | P.J. Fee | 0.00 |
| | VALLEY, AL 36854 | Excess Tax | 0.00 |

12/09/2003  DATE PAID    [X] CHECK   [ ] CASH   [ ] MONEY ORDER   Check# 940   GRAND TOTAL  49.49
Teller# 60 Paid By ALEWINE, EDWARD

---

**WENDY Y. WILLIAMS, REVENUE COMMISSIONER, CHAMBERS COUNTY**
**CHAMBERS COUNTY COURTHOUSE**
**#2 LAFAYETTE ST**
**LAFAYETTE, AL 36862**

Parcels: 18-09-29-2-001-003.002-0

| TAX YEAR 2004 | MUNICIPAL CODES 01 Rural 03 Lanett 04 LaFayette 06 Waverly | OTHER TAXES & FEES FT Forest Tax FF Fire Tax AF Assessor Fee | Receipt No. | 10766 |
|---|---|---|---|---|
| | | | Account No. | 336 |

| TOTAL STATE COUNTY | HOMESTEAD EXEMPT VALUE ST & CO TAX | NET STATE COUNTY TAX | DISTRICT SCHOOL | MUNICIPAL | OTHER TAXES & FEES | TOTAL TAXES & FEES |
|---|---|---|---|---|---|---|
| ST 19.89 | 3060 | 19.89 | 0.00  1 | 12.55  3 | 0.00 | 0.00  AF  0 | 61.33 |
| CO 56.00 | 2000 | 36.60 | 19.40  2 | 0.00  4 | 0.00 | | |
| CW 29.38 | 0 | 0.00 | 29.38  3 | 0.00  6 | 0.00 | | |

Beg Decal 0C20280    End Decal 0            Tax Year 2004

| Value 3060 | Owner Name and Address | Interest | 0.00 |
|---|---|---|---|
| | ALEWINE, EDWARD H. JR. & | Citation | 0.00 |
| Description in Revenue | SHELLY M. | Del. Fee | 0.00 |
| Commissioner's Office | P.O. BOX 855 | Advertising | 0.00 |
| | | P.J. Fee | 0.00 |
| | VALLEY, AL 36854 | Excess Tax | 0.00 |

12/15/2004  DATE PAID    [X] CHECK   [ ] CASH   [ ] MONEY ORDER   Check# 1119   GRAND TOTAL  61.33
Teller# 19 Paid By ALEWINE, EDWARD

EXHIBIT C-2



| | Return Mail Operations<br>America's Servicing Company<br>P.O. Box 10388<br>Des Moines, IA 50306-0388 | Monthly Mortgage Statement<br>Customer Service<br>8:00am - 6:00pm M-F (EST) | Loan Number<br>1099003191 |
|---|---|---|---|
| | | Phone<br>(800) 842-7654 | Regular mail payments<br>P.O. Box 37297<br>Baltimore, MD 21297-3297 |
| | | Fax<br>(866) 453-6315 | |
| | | | Correspondence<br>PO Box 10328<br>Des Moines, IA 50306-0328 |

#BWNDXCT
#1061099003191091#         001643

EDWARD H ALEWINE
SHELLY M ALEWINE
1102 ALEWINE DR
VALLEY  AL  36854-4353

Property address
1102 ALEWINE DR
VALLEY AL 36854

Principal balance as of 09/22/05
$35,687.14

Contact Customer Service
for your payoff balance.

Interest rate
11.900%

Interest paid - year-to-date
$3,554.16

**Important Messages**
DISPUTING ACCOUNT
INFORMATION REPORTED
TO CREDIT BUREAUS:
As your loan servicer, we
furnish information about your
account to credit bureaus. You
have the right to dispute the
accuracy of the information
reported by writing us at the
Correspondence Address noted
on the top of this statement.

| Payment (Principal and/or Interest) | $382.85 |
|---|---|
| Optional Product(s)* | $ .00 |
| Current Monthly Payment | $382.85 |
| Overdue Payment(s) | $ .00 |
| Unpaid Late Charge(s) | $18.99 |
| Other Charges | $ .00 |
| **Total Payment Due  09/29/05** | **$401.84** |

Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Misc | |
|---|---|---|---|---|---|---|---|---|
| 09/22 | PAYMENT | | $28.67 | $354.18 | | $ .15 SUSPENSE | $383.00- | |
| 09/14 | PAYMENT | $83.00 | | | | SUSPENSE | $83.00 | |
| 09/12 | PMT REVERSAL | | | | | SUSPENSE | $300.00 | |
| 09/12 | PMT REVERSAL | $300.00- | | | | | | |

(Keep upper portion for your records.)
Please Include This Portion With Your Payment



EDWARD H ALEWINE
SHELLY M ALEWINE
1102 ALEWINE DR
VALLEY AL  36854

106 Loan Number: 1099003191
Customer Service: (800) 842-7654

AMERICA'S SERVICING COMPANY
PO BOX 37297
BALTIMORE MD 21297-3297

| | |
|---|---|
| Total Payment Due 09/29/05 | $401.84 |
| After 10/10/05 Add Late Fee | $19.14 |
| Total Amount Due After 10/10/05: | $420.98 |

Please check this
box if changes are
indicated on the
reverse side.

Please specify additional
funds. Any additional
funds not specified will be
applied first to any
outstanding charges.

| | |
|---|---|
| Monthly Payment ___ x pmt amt | $ ☐☐☐☐☐☐☐ |
| Late Charges | $ ☐☐☐☐☐☐☐ |
| Additional Principal | $ ☐☐☐☐☐☐☐ |
| Additional Escrow | $ ☐☐☐☐☐☐☐ |
| Other Charges | $ ☐☐☐☐☐☐☐ |
| Total Amount Enclosed<br>(PLEASE DO NOT SEND CASH) | $ ☐☐☐☐☐☐☐ |

106  1099003191  0  10  00  00038285  00040199  00040184  00000000  4



EXHIBIT
D-1



Return Mail Operations
America's Servicing Company
P.O. Box 10388
Des Moines, IA 50306-0388

Monthly Mortgage Statement

**Customer Service**
8:00am - 6:00pm M-F (EST)

*Phone*
(800) 842-7654

*Fax*
(866) 453-6315

*Loan Number*
1099003191

*Regular mail payments*
P.O. Box 37297
Baltimore, MD 21297-3297

*Correspondence*
PO Box 10328
Des Moines, IA 50306-0328

#BWNDXCT
#1061099003191091#        005277

EDWARD H ALEWINE
SHELLY M ALEWINE
1102 ALEWINE DR
VALLEY  AL  36854-4353

*Property address*
1102 ALEWINE DR
VALLEY AL 36854

*Principal balance as of 09/26/05*
$35,658.19

Contact Customer Service
for your payoff balance.

*Interest rate*
11.900%

*Interest paid - year-to-date*
$3,908.06

*Taxes paid - year-to-date*
$ .00

*Escrow balance*
$636.60-

**Important Messages**
*DISPUTING ACCOUNT INFORMATION REPORTED TO CREDIT BUREAUS:*
*As your loan servicer, we furnish information about your account to credit bureaus. You have the right to dispute the accuracy of the information reported by writing us at the Correspondence Address noted on the top of this statement.*

| | |
|---|---|
| Payment (Principal and/or Interest, Escrow) | $435.93 |
| Optional Product(s)* | $ .00 |
| Current Monthly Payment | $435.93 |
| Overdue Payment(s) | $ .00 |
| Unpaid Late Charge(s) | $18.99 |
| Other Charges | $ .00 |
| **Total Payment Due   10/29/05** | **$454.92** |

Activity Since Your Last Statement

| Date | Description | Total | Principal | Interest | Escrow | Late charge | Misc |
|---|---|---|---|---|---|---|---|
| 9/26 | PAYMENT | $383.00 | $28.95 | $353.90 | $ .15 | | |

(Keep upper portion for your records.)

Please Include This Portion With Your Payment

EDWARD H ALEWINE
SHELLY M ALEWINE
1102 ALEWINE DR
VALLEY  AL  36854

| | |
|---|---|
| Total Payment Due 10/29/05 | $454.92 |
| After 11/09/05 Add Late Fee | $19.14 |
| Total Amount Due After 11/09/05: | $474.06 |

Please check this box if changes are indicated on the reverse side

106 Loan Number: 1099003191

Customer Service:  (800) 842-7654

AMERICA'S SERVICING COMPANY
PO BOX 37297
BALTIMORE MD 21297-3297

Please specify additional funds. Any additional funds not specified will be applied first to any outstanding charges.

| | |
|---|---|
| Monthly Payment ____ x pmt amt | $ |
| Late Charges | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Other Charges | $ |
| Total Amount Enclosed (PLEASE DO NOT SEND CASH) | $ |

106 1099003191 0 10 00 00043593 00045507 00045492 00000000 5

EXHIBIT
D-2