```
NOTS 1099003191            CONSOLIDATED NOTES LOG              02/21/07  11:19:18
EH ALEWINE       L:   F:   B:   R:      DUE 12/29/06   TYPE CONV. RES.
   ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
   MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-------------------------------* PF8 FOR MORE *---------------------------------
HAZ 072006 BJV ID 3011291 DOC ID 7      HIPC                        4INFAX
SER 072006 ENW PENDING CORRESPONDENCE RESEARCH REGARDING:           PENCOR
               LOAN TRANS TO ASC WITH A NEGATIVE ESC BAL IAO $637
               .50, CONTACTED OCWEN TO DETERMINE WHAT ADVANCES WE
               RE FOR AND EFFECTIVE DATES - ALSO FAXED PRROF OF I
               NS TO HIPC SO GAP CAN BE CANCELLED
SER 072006 ENW PENDING CORRESPONDENCE RESEARCH REGARDING:           PENCOR
               RECD LTR FWDED FRM DOS REGARDING QWR DATED 10/3/05
                THAT WAS IMAGED ON 10/17/05 BUT APPEARS WAS NOT A
               DDRESSED - SNT BWU LTR TO ATTY, PULLING HISTS IN O
               RDER TO RESEARCH
COL 071906 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 071106 *** SCORE 007    071106 AGT E16S DAYS DEL 012 RISK E
COL 070306 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 062306 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 062206 VKS DIALR RESIDNT NO ANSWER
COL 062206 (D) DIALR RESIDNT NO ANSWER
```



EXHIBIT 2

Alewine v. ASC
ASC 000261
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM