**ASC**
AMERICA'S SERVICING COMPANY

**7495 NEW HORIZON WAY**
**FREDERICK, MD 21703**


EXHIBIT
3

July 20, 2006


Wooten Law Firm, P.C.
Nick Wooten
PO Drawer 290
LaFayette, AL 36862


Dear Sir:

RE: Mortgagors: Edward H Alewine / Shelly M Alewine
    Client 106

We have received your request for information on the above homeowner(s). While we aim to complete our research requests within 10 business days, on occasion we are not able to meet our goal. Your request should be completed within the next 15 business days.

We sincerely appreciate your patience and understanding while your request is being processed and researched. If you have any questions in the interim, please contact our Customer Relations department at 800-842-7654, 8 AM to 6 PM, in your time zone, Monday through Friday.

Sincerely,


ASC

RS255/ENW