```
'age: 1 Document Name: untitled
NOTS 1099003191           CONSOLIDATED NOTES LOG              02/21/07  11:17:43
EH ALEWINE       L:   F:   B:   R:        DUE 12/29/06    TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-------------------------------------------------------------------------------
COL 040505 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 040505 *** SCORE 222   040405 AGT E30S DAYS DEL 035 RISK E
COL 040505 ***  CL747 DAY 35 DEFAULT NOTICE    LETTER SENT
COL 040105 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 033005 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 033005 *** SCORE 168   032905 AGT E30S DAYS DEL 060 RISK F
COL 032805 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 032805 C32 DIALR RESIDNT MRTGR HUNG UP
COL 032805 C32 BWR STTS THAT HE SHOULD BE CURRENT BECAUSE HE MKS H
               IS PYMTS EVERYMONTH BUT I ADV THAT HIS LOAN HAS BEE
               N BEHIND PROBABLY SINCE WE REC HE STTD HE ALREADY
COL 032805 C32 HAD PYMT HIST AND COULDNT UNDERSTAND IT...I TRIED T
               RANS TO C/S BUT BWR H/U
COL 032805 (D) DIALR RESIDNT MRTGR HUNG UP
COL 032505 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 032305 *** SCORE 222   032205 AGT E30S DAYS DEL 053 RISK E
COL 032205 ***  ORIGINAL OWNER      CONDITION ON 031905    MCS
```



EXHIBIT 4

Alewine v. ASC
ASC 000233
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM