```
age: 2 Document Name: untitled
NOTS 1099003191           CONSOLIDATED NOTES LOG              02/21/07  11:18:19
EH ALEWINE      L:  F:  B:  R:      DUE 12/29/06   TYPE CONV. RES.
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-------------------------------* PF8 FOR MORE *--------------------------------
COL 050505 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 050505 *** SCORE 222   050405 AGT E30S DAYS DEL 037 RISK E
COL 050405 *** SCORE 222   050305 AGT E30S DAYS DEL 036 RISK E
COL 050305 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 050305 ***  CL747 DAY 35 DEFAULT NOTICE    LETTER SENT
COL 050205 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 042905 ***  ORIGINAL OWNER       CONDITION ON 042905    MCS
COL 042805 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 042505 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 042505 *** SCORE 222   042205 AGT E30S DAYS DEL 055 RISK E
SER 042105 DL3 OPENED COL24B FOR BK HISTORY.
COL 041805 MEL ACCELERATION  DEMAND LTR SENT    EXPIRES IN 30 DAYS
COL 041805 *** SCORE 222   041505 AGT E30S DAYS DEL 048 RISK E
COL 041305 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 041105 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 041105 *** SCORE 222   040805 AGT E30S DAYS DEL 041 RISK E
COL 040705 DVX DIALR RESIDNT LMTC ON ANS. MACH
```



EXHIBIT S

Alewine v. ASC
ASC 000234
ASC Production