```
age: 3 Document Name: untitled
NOTS 1099003191           CONSOLIDATED NOTES LOG              02/21/07 11:18:22
EH ALEWINE        L:   F:   B:   R:      DUE 12/29/06   TYPE CONV. RES.
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-------------------------------* PF8 FOR MORE *-------------------------------
COL 060305 ***  CL747 DAY 35 DEFAULT NOTICE     LETTER SENT
COL 053105 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 052705 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 052605 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 052605 ***  SCORE 222   052505 AGT E30S DAYS DEL 058 RISK E
COL 052505 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 052505 ***  ORIGINAL OWNER       CONDITION ON 052405   MCS
COL 052405 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 052305 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 051905 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 051905 ***  SCORE 222   051805 AGT E30S DAYS DEL 051 RISK E
COL 051805 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 051605 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 051605 MEL ACCELERATION  DEMAND LTR SENT    EXPIRES IN 30 DAYS
COL 051305 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 051205 ***  SCORE 222   051105 AGT E30S DAYS DEL 044 RISK E
COL 051105 DVX DIALR RESIDNT LMTC ON ANS. MACH
```



EXHIBIT 6

Alewine v. ASC
ASC 000235
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM