'age: 4 Document Name: untitled

```
NOTS 1099003191              CONSOLIDATED NOTES LOG            02/21/07  11:18:24
EH ALEWINE         L:   F:   B:   R:        DUE 12/29/06   TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-------------------------------* PF8 FOR MORE *---------------------------------
SER 062405 46T LITC - $4.11 - 01R01) - SENT TO DORIS FOR
               PROCESSING - D. RAMSBURG/DOS/MD
COL 062305 DVX DIALR RESIDNT LMTC ON ANS. MACH
SER 062105 FSD PENDING CORRESPONDENCE RESEARCH REGARDING:          PENCOR
               WORKING TASK- EMAILED OCWEN FOR HISTORY FROM 7/27/
               1999-12/08/2000.  SENT REQUEST FOR HISTORY FROM 11
               /2002-2/2006 TO BE PULLED FROM CD.
COL 062005 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 061705 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 061505 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 061505 *** SCORE 222    061405 AGT E30S DAYS DEL 047 RISK E
SER 061405 OFQ WRITTEN RESPONSE - CUSTOMER SERVICE                 WRTCUS
               SENT TO LEGAL AND SENT LETTER CONFIRMING ANOTHER D
               EPT IS WORKING ON THE WAIVER OF SUMMONS
SER 061405 OFQ PENDING CORRESPONDENCE RESEARCH REGARDING:          PENCOR
COL 061405 *** SCORE 222    061305 AGT E30S DAYS DEL 046 RISK E
COL 061305 MEL ACCELERATION  DEMAND LTR SENT   EXPIRES IN 30 DAYS
```

EXHIBIT 1

Alewine v. ASC
ASC 000236
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM