

OCWEN



EXHIBIT
4

October 16, 2002

Edward H Alewine Jr
Shelly M Alewine
1102 Alewine Drive
Valley, AL 36854-0855

RE:  NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS
     OCWEN FEDERAL BANK LOAN NUMBER: 30117055

Property Address:  1102 Alewine Drive
                   Valley, AL 36854

**Ocwen Federal Bank FSB is a debt collector attempting to collect a debt; any information obtained will be used for that purpose.**

Dear Mortgagor(s):

In accordance to Section 6 of the Real Estate Settlement Act ("RESPA") (12 U.S.C. Section 2605), we are informing you that effective November 1, 2002 the servicing of your mortgage loan, that is the right to collect payments from you, will be assigned, sold and transferred to America's Servicing Company (ASC). Except in limited circumstances, the law requires that your new servicer must send you notice no later than 15 days after this effective date. ASC will be contacting you in the near future to welcome you and to inform you about the servicing of your loan.

This change does not affect any other loan or account relationships you may have with Ocwen Federal Bank FSB. The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan. The transfer of servicing rights, however, may effect the terms of, or the continued availability of, mortgage life or disability insurance or any other type of optional insurance. If you currently have mortgage life, disability insurance, or any other type of optional insurance, you will receive a separate letter with further information. Ocwen Federal Bank FSB will furnish you a statement reflecting the amount of mortgage interest and real estate property taxes paid for the period of time we serviced your loan in 2002.

Effective November 1, 2002 direct your payments to your new servicer, ASC. Ocwen Federal Bank FSB will process payments received through October 31, 2002. Payments received by Ocwen Federal Bank FSB after October 31, 2002, will be forwarded to ASC. Please be advised that any ACH / Automatic Payment arrangements with Ocwen will be discontinued effective November 1, 2002, however, ASC will continue this service with a slight delay in drafting the November payment. Drafts due between the 1st and the 10th of November may be delayed. No draft will occur before its regularly scheduled date. Drafts scheduled between the 11th and the last day of the month will not change. All draft dates will return to the normal drafting schedule in December 2002. The address for ASC follows:

| Payment Address | Correspondence Address |
|---|---|
| America's Servicing Company | America's Servicing Company |
| PO Box 4392 | P.O. Box 981 |
| Woburn, MA 01888-4392 | Frederick, MD 21705-0981 |

If you currently have your payments sent through Allison Payment Systems, this service will not continue. Please contact ASC Customer Service for further information.

If you have any questions relating to the transfer of servicing from Ocwen Federal Bank FSB prior to November 1, 2002, please call our Customer Relations Department at 1-800-74-OCWEN between 9:00 A.M. and 9:00 P.M. (EST) Monday through Thursday and 9:00 A.M. to 6:30 P.M. (EST) on Friday.

If you have any questions after the effective date, please call ASC's Customer Service Department at 1-800-842-7654 toll free, between 9:00 a.m. and 6:00 p.m., Monday through Friday Eastern Time. It has been a pleasure serving you.

Gby-ltr01



OCWEN

You should also be aware of the following information which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act ("RESPA") (12 U.S.C. Section 2605:

During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number and your reasons for the request. Not later than 60 Business Days after receiving your request, your servicer must make the appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60 Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 also provides for damages and costs for individuals in circumstances where servicers are shown to have violated this section. You should seek legal advice if you believe your rights have been violated.


Very truly yours,
Ocwen Federal Bank FSB




Gby-ltr01