EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWARD H. ALEWINE, JR. and SHELLY M. ALEWINE,<br><br>Debtors. | ) CHAPTER 13<br>)<br>) CASE NO. 99-05963-DHW-13<br>) |

MOTION FOR TERMINATION OF AUTOMATIC STAY
TO PERMIT FORECLOSURE OF REAL ESTATE MORTGAGE

Secured Creditor, Wells Fargo Bank Minnesota, as Trustee, f/k/a Norwest Bank Minnesota, N.A. ("Wells Fargo"), hereby moves the Court for termination of the automatic stay to permit the foreclosure of the real estate mortgage hereinafter described upon the following grounds:

1. Wells Fargo is the owner of that certain mortgage duly recorded in the records in the Judge of Probate of Chambers County, Alabama, mentioned in the schedules, more specifically described in a copy thereof which is attached hereto and made a part hereof.

2. The realty subject to said mortgage is a Debtor principal residence within the meaning of Section 1322(b)(2) of the United States Bankruptcy Code, 11 U.S.C. § 1322(b)(2). Said mortgage secures a promissory note of like date, a copy of which is also attached hereto and made a part hereof.

3. Said mortgage is payable in monthly installments which include principal, interest and escrow. The payments upon such mortgage are currently post-petition delinquent for the months of October through November, 2000.

4. The security for the debt is in jeopardy. The real estate is declining in value, and the debt is increasing in amount. There is no substantial equity in the realty above the mortgage indebtedness to which it is subject. Furthermore, debtors have failed to keep hazard insurance in place on said property. Wells Fargo is not adequately protected.

5. Wells Fargo is unable to foreclose said mortgage pursuant to the power of sale contained therein by virtue of the automatic stay against such foreclosure pursuant to the law relating to bankruptcy.

WHEREFORE, Wells Fargo moves the Court to annul the stay against foreclosure and to allow it to foreclose said mortgage pursuant to the terms thereof and reserve the right of Wells Fargo to file an unsecured proof of claim for any deficiency which may arise from said foreclosure.

Respectfully submitted,

W. PERRY HALL (HALLW9043)
JOY A. JAYE (JAYEJ6455)
Counsel for Wells Fargo

OF COUNSEL:

PIERCE, LEDYARD, LATTA
 & WASDEN, P.C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone (334) 344-5151

CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 12th day of December, 2000, served a copy of the foregoing pleading by depositing the same in the United States Mail, properly addressed and first-class postage prepaid as follows:

B. Paul Sherling, Esquire
P. O. Box 1586
Opelika, AL 36803

Curtis C. Reding, Trustee
P. O. Box 173
Montgomery, AL 36101

Edward H. Alewine, Jr. and
Shelly M. Alewine
1102 Alewine Drive
Valley, AL 36854

_____
COUNSEL