```
NOTS 1099003191           CONSOLIDATED NOTES LOG          02/21/07  11:18:19
EH ALEWINE        L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
        MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
----------------------------* PF8 FOR MORE *----------------------------
COL 050505 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 050505 *** SCORE 222   050405 AGT E30S DAYS DEL 037 RISK E
COL 050405 *** SCORE 222   050305 AGT E30S DAYS DEL 036 RISK E
COL 050305 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 050305 ***   CL747 DAY 35 DEFAULT NOTICE     LETTER SENT
COL 050205 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 042905 ***   ORIGINAL OWNER       CONDITION ON 042905    MCS
COL 042805 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 042505 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 042505 *** SCORE 222   042205 AGT E30S DAYS DEL 055 RISK E
SER 042105 DL3 OPENED COL24B FOR BK HISTORY.
COL 041805 MEL ACCELERATION  DEMAND LTR SENT    EXPIRES IN 30 DAYS
COL 041805 *** SCORE 222   041505 AGT E30S DAYS DEL 048 RISK E
COL 041305 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 041105 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 041105 *** SCORE 222   040805 AGT E30S DAYS DEL 041 RISK E
COL 040705 DVX DIALR RESIDNT LMTC ON ANS. MACH
```

Alewine v. ASC
ASC 000234
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:18:22
EH ALEWINE          L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
        MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
----------------------------* PF8 FOR MORE *----------------------------
COL 060305 ***  CL747 DAY 35 DEFAULT NOTICE    LETTER SENT
COL 053105 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 052705 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 052605 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 052605 ***  SCORE 222    052505 AGT E30S DAYS DEL 058 RISK E
COL 052505 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 052505 ***  ORIGINAL OWNER        CONDITION ON 052405    MCS
COL 052405 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 052305 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 051905 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 051905 ***  SCORE 222    051805 AGT E30S DAYS DEL 051 RISK E
COL 051805 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 051605 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 051605 MEL ACCELERATION  DEMAND LTR SENT    EXPIRES IN 30 DAYS
COL 051305 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 051205 ***  SCORE 222    051105 AGT E30S DAYS DEL 044 RISK E
COL 051105 DVX DIALR RESIDNT LMTC ON ANS. MACH
```

Alewine v. ASC
ASC 000235
ASC Production

```
NOTS 1099003191            CONSOLIDATED NOTES LOG            02/21/07  11:18:24
CH ALEWINE      L:  F:  B:  R:      DUE 12/29/06   TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
----------------------------* PF8 FOR MORE *----------------------------
SER 062405 46T LITC - $4.11 - 01R01) - SENT TO DORIS FOR
               PROCESSING - D. RAMSBURG/DOS/MD
COL 062305 DVX DIALR RESIDNT LMTC ON ANS. MACH
SER 062105 FSD PENDING CORRESPONDENCE RESEARCH REGARDING:         PENCOR
               WORKING TASK- EMAILED OCWEN FOR HISTORY FROM 7/27/
               1999-12/08/2000.  SENT REQUEST FOR HISTORY FROM 11
               /2002-2/2006 TO BE PULLED FROM CD.
COL 062005 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 061705 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 061505 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 061505 *** SCORE 222   061405 AGT E30S DAYS DEL 047 RISK E
SER 061405 OFQ WRITTEN RESPONSE - CUSTOMER SERVICE             WRTCUS
               SENT TO LEGAL AND SENT LETTER CONFIRMING ANOTHER D
               EPT IS WORKING ON THE WAIVER OF SUMMONS
SER 061405 OFQ PENDING CORRESPONDENCE RESEARCH REGARDING:         PENCOR
COL 061405 *** SCORE 222   061305 AGT E30S DAYS DEL 046 RISK E
COL 061305 MEL ACCELERATION  DEMAND LTR SENT    EXPIRES IN 30 DAYS
```

Alewine v. ASC
ASC 000236
ASC Production

```
NOTS 1099003191           CONSOLIDATED NOTES LOG           02/21/07  11:18:27
EH ALEWINE       L:  F:  B:  R:       DUE 12/29/06   TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-------------------------------
COL 070505 C6G CALL TERMINATED.
COL 070505 C6G EARLY RESOLUT
COL 070505 ***  CL747 DAY 35 DEFAULT NOTICE     LETTER SENT
COL 070205 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 070105 ***  ORIGINAL OWNER          CONDITION ON 062705    MCS
COL 063005 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 062905 DVX DIALR RESIDNT LMTC ON ANS. MACH
SER 062805 46T SENT CHECK #023426 DATED 6/27/05 IN THE AMOUNT OF
               $183.00 AND CHECK #023478 DATED 6/27/05 IN THE
               AMOUNT OF $4.11 PAYABLE TO SIROTE & PERMUTT VIA
               REGULAR MAIL - D.RAMSBURG/DOS/MD
COL 062705 DVX DIALR RESIDNT LMTC ON ANS. MACH
SER 062705 FSD CORRESPONDENCE SENT (SEE FREEFORM NOTES BELOW)       CORSNT
               CLOSED TASK, REFAXED HISTORY FROM 11/02-2/03 TO
               301-696-7344
SER 062405 46T PER APPROVED INVOICE, REQUESTED CHECK IN THE AMNT
               OF $187.11 FOR SIROTE & PERMUTT - (LITF - $183.00
```

Alewine v. ASC
ASC 000237
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191            CONSOLIDATED NOTES LOG              02/21/07  11:18:30
EH ALEWINE        L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-----------------------------
COL 070705 5P5 SPK WITH CO-BORR WHO VERIFIED ACCT - GAVE MINI - EX
               PLAINED TO HER THAT ACCT SHOWS DUE FOR MAY AND JUNE
               PMTS - SHE SAID THAT IS INCORRECT - TRIED TO HELP
COL 070705 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 070605 *** SCORE 222   070505 AGT E30S DAYS DEL 038 RISK E
COL 070505 C6G PAY FOR MORE THAN THAT ADVISED OF LATE FEES AND NEG
               ATIVE CREDIT.
COL 070505 C6G WE ARE RECEIVING PAYMENTS BUT THEY ARE GOING TO THE
               PAST ONES THAT WERE DUE WILL SEND A PAYMENT HISTOR
               Y TO HIM ADVISED ONLY FOR 24 MONTHS DIDNT WANT TO
COL 070505 C6G BORROWER STATES THAT HE IS CURRENT ADVISED THAT WE
               SPOKE WITH HIM IN MARCH HE STATED THAT WE HAVE NEVE
               R TOLD HIM WHAT MONTH HE IS BEHIND ADVISED THAT IS
COL 070505 C6G WHY WE CALL IS TO TELL HIM WHAT MONTHS HE IS BEHIND
               IF HE WANTS THIS RESOLVED HE NEEDS TO FAX IN THE C
               OPY OF EVERY CHECK THAT WAS CASHED\. ADVISED THAT
COL 070505 C6G PH HM BRWR    MRTGR TO CALL BACK
```

Alewine v. ASC
ASC 000238
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:18:32
EH ALEWINE      L:  F:  B:  R:       DUE 12/29/06    TYPE CONV. RES.
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
---------------------------* PF8 FOR MORE *---------------------------------
COL 070705 5P5 CCCS RECMD
COL 070705 5P5 CUST UNWILLING TO PROVIDE INFO NECESSARY TO MAKE
               W/O DECISION. LTR SNT REQ C/B W/INFO.
COL 070705 5P5                    UNABLE TO COOPRATE
COL 070705 5P5 EARLY RESOLUT
COL 070705 5P5 AT WHICH TIME THE HUSB GOT ON THE PHONE AND STATED
               THE DATE & TIME OF CALL AS IF TO SAY THE CALL IS BE
               ING RECORDED
COL 070705 5P5 DID NOT MAKE THEIR PMTS - I INFORMED HER THAT RESEA
               RCH HAS BEEN DONE ON THE ACCT & WE ARE STILL SHOWIN
               G TWO PMTS PAST DUE - SHE KEPT ARGUING THAT THEY
COL 070705 5P5 WERE CURRENT - SHE ALSO ARGUED ABOUT THE RECO FEES
               SAYING "HOW CAN YOU CHARGE ME FOR FILING BANKRUPTCY
               WHEN I PAID MY ATTY TOO" - I FINALLY DISC THE CALL
COL 070705 5P5 HER UNDERSTAND THAT THEY HAVE BEEN BEHIND FOR A LON
               G PERIOD OF TIME BUT SHE BECAME ARGUMENTATIVE & SAY
               S THAT IT IS OUR RESPONSIBILITY TO PROVE THAT THEY
```

Alewine v. ASC
ASC 000239
ASC Production

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:18:34
EH ALEWINE       L:  F:  B:  R:        DUE 12/29/06    TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *--------------------------------
COL 072505 *** ORIGINAL OWNER          CONDITION ON 072205    MCS
COL 072105 EYQ DIALR RESIDNT LMTC
COL 072105 (D) DIALR RESIDNT LMTC
COL 072005 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 071805 DVX DIALR RESIDNT LMTC ON ANS. MACH
SER 071805 VS1 PER P188 / SENT THE AN005 LETTER TO THE HOME-OWNER
               TO COLLECT FOR THE SHORTAGE. // PJ // ESC
COL 071805 MEL ACCELERATION  DEMAND LTR SENT    EXPIRES IN 30 DAYS
COL 071405 FII DIALR RESIDNT LMTC
COL 071405 (D) DIALR RESIDNT LMTC
COL 071305 FID DIALR RESIDNT LMTC
COL 071305 (D) DIALR RESIDNT LMTC
COL 071205 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 071205 C6R N/C  HAD CONTACT W.BOR
COL 070705 5P5 LETTER SENT    LM191 SMART Unable to est mut agrmt
COL 070705 5P5 UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED
               BRWR TO 8005694287FOR COUNSELING OPTIONS.
```

Alewine v. ASC
ASC 000240
ASC Production

```
NOTS 1099003191            CONSOLIDATED NOTES LOG            02/21/07  11:18:37
EH ALEWINE      L:  F:  B:  R:        DUE 12/29/06    TYPE CONV. RES.
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
---------------------------* PF8 FOR MORE *------------------------------
COL 080905 2CY    SENT EMAIL BACK--COMPLETED 8-3.
COL 080305 T7B LETTER SENT  DR154 mtgr credit Adjustment
COL 080305 T7B              COMPLETED AUD      UPDATED STATUS
COL 080305 T7B  EMAIL 07/29/05 REMOVE ALL NEG REPTG FROM 11/01/02
                TO PREST DUE TO SETTL AGREMT. AUD # 10393365
                REMOVE ALL NEG REPT FROM 11/02 - 7/05
COL 080205 ZX1              COMPLETED AUD      ADDED CBR COND XB
COL 072805 FIJ PH HOME      LMTC ON ANS. MACH
COL 072805 (D) DIALR RESIDNT LMTC ON ANS. MACH
SER 072705 AHC - CHECK PROCESSING TRANSACTION - SEE CHUCKY FOR DE
                TAILS -SETTLEMENT APPROVED BY TERRIE KLEIN IN CLIE
                NT RELATIONS.
COL 072705 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 072605 (D) DIALR RESIDNT LMTC
COL 072605 WIZ DIALR RESIDNT LMTC
COL 072505 DOI DIALR RESIDNT LMTC
COL 072505 (D) DIALR RESIDNT LMTC
```

Alewine v. ASC
ASC 000241
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191            CONSOLIDATED NOTES LOG            02/21/07  11:18:40
EH ALEWINE      L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
       ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
       MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
---------------------------* PF8 FOR MORE *-------------------------------
COL 090905 FIN UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 090905 FIN CCCS RECMD
COL 090905 FIN B CURNT CCCS
COL 090905 FIN BRRW SENT PAYMT OF $382.85 ON 08/26/2005.  BRRW WI
               LL RESEARCH WHY NOT RCVD.
COL 090905 FIN SMRT/ER OCCPD VERIFY ADDR/PHON#  MTGR ADVSD OWNR OCCP
COL 090905 FIN EARLY RESOLUT
COL 090805 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 090705 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 090605 *** SCORE 004   090205 AGT E16S DAYS DEL 008 RISK F
COL 081605 2CY            COMPLETED AUD        REMOVE CBR COND XB
COL 081605 2CY    8-9 EMAIL IS JUST A THANK YOU.
               AUD# 10582597: REMOVE XB CODE.
COL 081205 2X1            COMPLETED AUD        ADDED CBR COND XB
COL 080905 2CY REVIEWED LOAN
COL 080905 2CY    8-1 EMAIL JUST FOLLOW UP ON PREV REQUEST.
```

Alewine v. ASC
ASC 000242
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191            CONSOLIDATED NOTES LOG          02/21/07  11:18:42
EH ALEWINE        L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
----------------------------* PF8 FOR MORE *----------------------------
COL 092305 D9B REVIEWED LOAN
COL 092205 DOY REVIEWED LOAN RECEIVED PAYMENT
COL 092205 DOY LOAN CRNT FUNDS IN SISPENS
COL 092205 D9B REVIEWED LOAN
COL 092105 (D) DIALR RESIDNT PROMISE TO PAY
COL 092105 YBJ REVIEWED LOAN RECEIVED PAYMENT
COL 091205 WG1                          REV COM PER EMAIL
COL 091205 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 091205 *** MISAPPLICATN REVERSAL
COL 090905 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 090905 FIN FILLED OUT CASH FOR TO HVE 300.00 APPLIED TO SUSPNS
               E BRRW MAILED 83.00 TO MKE UP FOR PYMNT
COL 090905 FIN TT BRRW SD THEY SNT PYMNT BUT WROTE ON CK ONLY 300.
               00 SD HE SNT 83.00 TODAY TO MKE UP FOR PYMNT NEED T
               O HV 300.00 PUT IN SUSPENSE
COL 090905 FIN PH HM BRWR    ADVSD PMT NOT RCVD GRACE DAYS!
COL 090905 FIN                          ER/SMT INT TO KEEP
```

Alewine v. ASC
ASC 000243
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191            CONSOLIDATED NOTES LOG            02/21/07  11:18:44
EH ALEWINE        L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
---------------------------* PF8 FOR MORE *---------------------------
COL 011006 DVX DIALR RESIDNT LMTC ON ANS. MACH
COL 010506 *** SCORE 005   010406 AGT E16S DAYS DEL 007 RISK F
COL 010306 DVX DIALR RESIDNT LMTC ON ANS. MACH
SER 120105 RKM RMVD FROM LNA-PER CURRENT ANA STOP B OR U
HAZ 100805 EDY 351-2588 559 CYCLE 09/28/05 LAPSE PD $8.00 FROM
               080305-082005  DHINTON/ATL
SER 100505 FSD PAYOFF QUOTE GENERATED                          PAYOFF
               CLOSED TASK, GENERATED PAYOFF:
               EDWARD H ALEWINE
               SHELLY M ALEWINE
               1102 ALEWINE DR
               VALLEY, AL 36854
               GTD: 11/04/05 (NO GTD SPECIFIED)
SER 092805 JKW GENERAL PAYOFF QUESTIONS ANSWERED               PAYGEN
               TO PAYOFF DEPT, BUT I MISTAKENLY TOLD HIM I'D PUT
               IN THE REQUEST BEFORE I REALIZED HE SHOULD HAVE GO
               NE TO PAYOFF DEPT.
```

Alewine v. ASC
ASC 000244
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG           02/21/07  11:18:47
EH ALEWINE     L:  F:  B:  R:          DUE 12/29/06    TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-----------------------------
COL 011806 (D) DIALR RESIDNT LMTC
COL 011806 DN7 APPLIED PAYMENT SHORT PER L. TARVER IN 106 COLLETIO
               NS
COL 011606 BMJ              SOF-PAYCHECK        PROMISE TO PAY        91.06 0117
COL 011606 BMJ PH HM BRWR    PROMISE TO PAY     EXCESSIVE OBLIGATION
COL 011606 BMJ                                  ER/SMT INT TO KEEP
COL 011606 BMJ $38.13 OR 100% FEES PROMISED OF $38.13 TOT FEES AN
               D/OR LATE CHARGES DUE.
COL 011606 BMJ              SMART PTP
COL 011606 BMJ BRRW SENT PAYMT OF $91.06 ON 12/27/2005.  WILL SEN
               D REPLACEMT PAYMT.
COL 011606 BMJ              STOP-PAY REISSUE
COL 011606 BMJ SMRT/ER OCCPD VERIFY ADDR/PHON#  MTGR ADVSD OWNR OCCP
COL 011606 BMJ EARLY RESOLUT
COL 011606 (D) DIALR RESIDNT PROMISE TO PAY
COL 011206 DVX DIALR RESIDNT LMTC ON ANS. MACH
```

Alewine v. ASC
ASC 000245
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191           CONSOLIDATED NOTES LOG           02/21/07  11:18:48
EH ALEWINE      L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
---------------------------* PF8 FOR MORE *-----------------------------
SER 020206 CED ANSWERED QUESTIONS RELATING TO ESCROW ANALYSIS      ESCANA
               RCVD CALL FROM COL, H/O DISCONNECTED
COL 020206 GUN B1 SD SHLDNT HV AN ESCRW ACCT SD HE PYS HS OWN TXS
               AND INSRNC HS ALRDY FXD OVR PRF B1 AWR OF F/U CLLS
               UNTL ERR FXD
COL 020206 GUN PH HM BRWR     TRANSFERRED CST/SR
COL 020206 GUN LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
               54 .
COL 020206 GUN UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 020206 GUN CCCS RECMD
COL 020206 GUN TRSFD TO BCS
COL 020206 GUN EARLY RESOLUT
COL 020106 DVX DIALR RESIDNT LMTC ANSWER MACH
SER 020106 RKM PLLD FRM LNA-CRRNT ANA STOP B/U- NO RVW
COL 013106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 011806 API DIALR RESIDNT LMTC
```

Alewine v. ASC
ASC 000246
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191            CONSOLIDATED NOTES LOG            02/21/07  11:18:50
EH ALEWINE      L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
        MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *--------------------------------
COL 020906 FI9 UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 020906 FI9 CCCS RECMD
COL 020906 FI9 TRSFD TO BCS
COL 020906 FI9 EARLY RESOLUT
COL 020906 (D) DIALR RESIDNT NO PTP IN 30 DAYS
TAX 020706 DCH VENDOR REPORT SHOWING NO TAXES DUE              TAXNEC
               ANYREEN/106/IA
COL 020706 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 020406 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 020406 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 020306 *** SCORE 008   020206 AGT E16S DAYS DEL 005 RISK E
COL 020206 SWS PH HM BRWR    MRTGR TO CALL BACK
COL 020206 SWS CALL TERMINATED.
COL 020206 SWS EARLY RESOLUT
COL 020206 SWS CALL BACK CUST SERV ESSCROW ISSIEUE
COL 020206 (D) DIALR RESIDNT NO PTP IN 30 DAYS
```

Alewine v. ASC
ASC 000247
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191            CONSOLIDATED NOTES LOG            02/21/07  11:18:52
EH ALEWINE        L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
------------------------------* PF8 FOR MORE *------------------------------
COL 021306 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 021006 DVX DIALR RESIDNT LMTC ANSWER MACH
SER 020906 YVE TRANSFERRED CALL TO BANKRUPTCY                    TRABAN
SER 020906 AKS LEAD REPRESENTATIVE SUPPORT                       IRGFLR
               ADVISED THE REP. ON TRANSFERRING CALLS TO BANKRUPT
               CY
COL 020906 FI9 HAS BEEN MAKING OF 383.00 CS WILL TAKE CARE OF CALL
               AND CONTACT ESCROW DEPT TO FIND OUT WHAT IS GOING O
               N. BOR JAN PMT PD ON 1/24 FOR 383.00 ADDL FUNDS
COL 020906 FI9 DUE NEEDS TO BE EXPLAINED TO BOR BEFORE SHE WILL MA
               KE ADDL PMT ON ACCT.
COL 020906 FI9 TRNS CALL TO CS DUE TO SHORTAGE IN ESCROW NOT BEING
               ABLE TO BE EXPLAINED. BOR SD SHE PAYS HER OWN INS A
               ND TAXES AND PMT AMT IS LESS THAN THE MTHLY PMT SHE
COL 020906 FI9 PH HM BRWR     TRANSFERRED CST/SR
COL 020906 FI9 LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
               54 .
```

Alewine v. ASC
ASC 000248
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:18:54
EH ALEWINE        L:  F:  B:  R:          DUE 12/29/06   TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
---------------------------* PF8 FOR MORE *---------------------------------
COL 022006 EYM EARLY RESOLUT
COL 022006 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 021706 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 021506 DVX DIALR RESIDNT LMTC ANSWER MACH
SER 021306 SBF TRANSFERRED TO COLLECTIONS                         TRACOL

               COL TRANSFERED CALL AND THE B/O NEEDED TO TALK TO
               COL AND THE B/O SAID HE DON'T KNOW WHY HE WAS TRAN
               SFERED AND TOLD ME TO HAVE A GOOD DAY.
COL 021306 BMI PH HM BRWR    TRANSFERRED CST/SR
COL 021306 BMI LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
               54 .
COL 021306 BMI UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 021306 BMI CCCS RECMD
COL 021306 BMI TRSFD TO BCS
COL 021306 BMI EARLY RESOLUT
```

Alewine v. ASC
ASC 000249
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

Page: 18 Document Name: untitled

```
NOTS 1099003191          CONSOLIDATED NOTES LOG          02/21/07  11:18:56
EH ALEWINE       L:  F:  B:  R:       DUE 12/29/06    TYPE CONV. RES.
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
----------------------------* PF8 FOR MORE *----------------------------
HAZ 022006 HSU IF THE BORR ONLY HAD A LAPSE FROM 8/3/05 - 8/20/05
               DID ASC OR THE PREV SERVCER GET ALL THE LPI REFUND
               BACK EXCEPT $8? IF SO CAN WE REANALYZE THE LOAN
               BEC FOR THE $8 LPI/CALLED WAS TRANSFRD FROM COLLEC
               BORR HAS P&I AMT IN SUSPENSE OF $383 TO PAY JAN
               MORTG & WAS TRANSFTD TO CS TO SEE WHY PAYMNT INC
               PLS REANALYZE LOAN & CONTACT BORR IF ANYTH NEEDED
COL 022006 EYM BWR1 WANTS TO KNOW WHY PMT WENT UP ADVS THT ESCROW
               SHOWS SHORTAGE MGTR WANTS TO KNOW WHAT HE HAS ESCRO
               W FOR
COL 022006 EYM PH HM BRWR      TRANSFERRED CST/SR
COL 022006 EYM LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
               54 .
COL 022006 EYM UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 022006 EYM CCCS RECMD
COL 022006 EYM TRSFD TO BCS
```

Alewine v. ASC
ASC 000250
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:18:58
EH ALEWINE      L:  F:  B:  R:          DUE 12/29/06    TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-----------------------------
SER 022006 HSU BORR IF HE HAS PROOF HE HAD COV DURING 8/3/05-8/   INSFOR
               20/05 TO SEND IN THAT PROOF//ALSO ADVSD OF SHORTG
               AMT $1570//ADVSD TO CK W/INS CO TO SEE IF HE
               HAS FULL REPL INS/IF NOT ADVSD HE WLD NEED TO PUR-
               CHASE THE ADDL INS (IAO $1570) OR WE WLD USE LPI
               OPEND TASK
HAZ 022006 HSU
               ADVSD BORR WE NEEDED INS DEC PG EVERYTIME INS IS
               DUE TO RENEW/GAVE INS FAX & MORTGEE CL ADD/ADVSD
               BORR IF HE HAS PROOF HE HAD COV DURING 8/3/05-8/
               20/05 TO SEND IN THAT PROOF//ALSO ADVSD OF SHORTG
               AMT $1570//ADVSD TO CK W/INS CO TO SEE IF HE
               HAS FULL REPL INS/IF NOT ADVSD HE WLD NEED TO PUR-
               CHASE THE ADDL INS (IAO $1570) OR WE WLD USE LPI
HAZ 022006 HSU
               PER HAZ1 BORR INS INFO HAS BEEN UPDTD/PLS ADVSD
               WAS $8 PD FOR LPI OR $578.85 AS PER ANALYSIS SCR
```

Alewine v. ASC
ASC 000251
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG         02/21/07  11:19:01
EH ALEWINE      L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
------------------------------* PF8 FOR MORE *-------------------------------
COL 022406 SXD E TRANSFERRED TO C/S ADVSD OF COLL ACT & CBR....
COL 022406 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 022306 DVX DIALR RESIDNT LMTC ANSWER MACH
SER 022306 RKM RMVD FRM FEB AP LNA DUE TO CRRNT ANA STOP
SER 022006 HSU FORCED PLACE INSURANCE QUESTIONS ANSWERED        INSFOR
               PER HAZ1 BORR INS INFO HAS BEEN UPDTD/PLS ADVSD
               WAS $8 PD FOR LPI OR $578.85 AS PER ANALYSIS SCR
               IF THE BORR ONLY HAD A LAPSE FROM 8/3/05 - 8/20/0
               DID ASC OR THE PREV SERVCER GET ALL THE LPI REFUN
               BACK EXCEPT $8? IF SO CAN WE REANALYZE THE LOAN
               BEC FOR THE $8 LPI/CALLED WAS TRANSFRD FROM COLLEC
               BORR HAS P&I AMT IN SUSPENSE OF $383 TO PAY JAN
               MORTG & WAS TRANSFTD TO CS TO SEE WHY PAYMNT INC
               PLS REANALYZE LOAN & CONTACT BORR IF ANYTH NEEDED
SER 022006 HSU FORCED PLACE INSURANCE QUESTIONS ANSWERED        INSFOR
               ADVSD BORR WE NEEDED INS DEC PG EVERYTIME INS IS
               DUE TO RENEW/GAVE INS FAX & MORTGEE CL ADD/ADVSD
```

Alewine v. ASC
ASC 000252
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:19:03
EH ALEWINE         L:  F:  B:  R:         DUE 12/29/06    TYPE CONV. RES.
     ANA Y ARM  Y ASM Y BLN  Y BNK Y CCN Y COL  Y ELC Y FOR  Y HAZ Y LMT Y
     MIP Y PIF  Y PMT Y REO  Y SER Y TAX Y TSK  Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-----------------------------
COL 022406 RQO  TRSFD TO BCS
COL 022406 RQO  EARLY RESOLUT
COL 022406 RQO  RFD-BWR STATES THAT THERE SHOULD BE NO ESCORW ACCT
COL 022406 RQO  BWR ADV THAT HE HAS HIS OWN INSURANCE AND PAYS HIS
                OWN TAXES AND HAD FAXED THAT INFO SVRL MONTHS AGO T
                O US
COL 022406 @E4              MIRANDA UNDERSTOOD
COL 022406 SXD  PH HM BRWR     TRANSFERRED CST/SR
COL 022406 SXD  LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
                54 .
COL 022406 SXD  UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
                R TO 8005694287FOR COUNSELING OPTIONS.
COL 022406 SXD  CCCS RECMD
COL 022406 SXD  TRSFD TO BCS
COL 022406 SXD  EARLY RESOLUT
COL 022406 SXD  MTGR WANTED TO KNOW WHY HE HAS ESCRW ACT HE STD THA
                T HE HAS HIS OWN INS ADVSD THAT CALL WILL HAVE TO B
```

Alewine v. ASC
ASC 000253
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:19:05
EH ALEWINE        L:  F:  B:  R:          DUE 12/29/06    TYPE CONV. RES.
        ANA Y ARM  Y ASM  Y BLN  Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
        MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
------------------------------* PF8 FOR MORE *------------------------------
COL 030606 *** SCORE 008   030406 AGT E16S DAYS DEL 005 RISK E
COL 030406 DVX DIALR RESIDNT LMTC ANSWER MACH
SER 030206 RKM RMVD FRM FEB ME LNA- PER CURRENT ANA STOP- NO RVW
COL 022706 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 022706 *** MISAPPLICATN REVERSAL
SER 022406 JCP ESCROW OVERAGE/REFUND CHECK STOP/REUISSUE          ESCREF
SER 022406 JCP GENERAL INSURANCE INQUIRY                          INSINQ
            BWR VERIFIED BY COLL ESCROW ISSUSE FP W/INS I CHKD
            WE ALREADY HV RESEARCH GOING ON PER TSK OPND 03210
            6 PLZ WAIT FOR LTR, FP REFUND OVR PYS, REFUND
COL 022406 RQO TRSNFRD TO C/S FULLY VERF AND MM
COL 022406 RQO BRWR CALLED   TRANSFERRED CST/SR
COL 022406 RQO LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
            54 .
COL 022406 RQO UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
            R TO 8005694287FOR COUNSELING OPTIONS.
COL 022406 RQO CCCS RECMD
```

Alewine v. ASC
ASC 000254
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

Page: 23 Document Name: untitled

```
NOTS 1099003191             CONSOLIDATED NOTES LOG           02/21/07  11:19:08
EH ALEWINE        L:  F:  B:  R:       DUE 12/29/06   TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
---------------------------* PF8 FOR MORE *----------------------------------
SER 031306 F0M ADVISED BOR CANNOT DETERMINE REASON FOR PMT           ESCANA
               INCREASE, PVS ESC CHG, ADVISED MAY HAVE TO DO WITH
               ATTY FEES, RESEARCH IN PROCESS.
COL 031306 GUN TRNSFRD TO C/S H/O SD SHE SHLDNT HV ESCRW ACCT AWR
               OF F/U CLLS,L/C AFTR 16TH UNTL FRCD PLS ESCRW RMVD
COL 031306 GUN PH HM CO-BRWR TRANSFERRED CST/SR
COL 031306 GUN LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
               54 .
COL 031306 GUN UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 031306 GUN CCCS RECMD
COL 031306 GUN TRSFD TO BCS
COL 031306 GUN EARLY RESOLUT
COL 031306 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 031006 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 030906 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 030706 DVX DIALR RESIDNT LMTC ANSWER MACH
```

Alewine v. ASC
ASC 000255
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191           CONSOLIDATED NOTES LOG            02/21/07  11:19:10
EH ALEWINE      L:  F:  B:  R:         DUE 12/29/06    TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-----------------------------
COL 040306 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 040106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 033106 SXA DIALR RESIDNT NO ANSWER
COL 033106 (D) DIALR RESIDNT NO ANSWER
COL 033106 SWW DIALR RESIDNT MRTGR HUNG UP
COL 033106 (D) DIALR RESIDNT MRTGR HUNG UP
SER 033006 FSN REFER TO AN005 TO COLLECT FOR ADV ESCROW BALANCE    0AN034
               UPDATED PCH1 TO NON ESCROW, SENT ONLINE CASH FORM
               TO APPLY FUNDS IN SUSPENSE TO 3-1-06 PMT.
               SENT NEW BILL. BD/ESC.
HAZ 032206 N8Y CLOSING SHZMIS, NO INFO PROVIDED. PER SHZASG TASK
               $8 CHG FOR LAPSE FROM 03/08/06-03/20/06. OPENED
               ESCPBR TASK TO ANALYZE.
               KMCFARLAND H1PC
SER 031306 F0M MISAPPLICATION OF FUNDS/REVERSAL REQUESTED          PMTMIS
               SUBMITTING FORM TO HAVE PMT APPLIED AND SHT ESC
SER 031306 F0M ANSWERED QUESTIONS RELATING TO ESCROW ANALYSIS      ESCANA
```

Alewine v. ASC
ASC 000256
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191           CONSOLIDATED NOTES LOG           02/21/07  11:19:11
EH ALEWINE      L:  F:  B:  R:       DUE 12/29/06   TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
--------------------------* PF8 FOR MORE *-----------------------------
SER 041806 47V CAWS CKS DTD 7/22/05, 8/4/05 & 8/29/05 ORDERED
               PER REQUEST OF MARC KLINE/DOS.
COL 040506 3BJ REVIEWED LOAN
COL 040506 *** SCORE 004   040406 AGT E16S DAYS DEL 007 RISK F
COL 040406 DVX DIALR RESIDNT LMTC ANSWER MACH
SER 040306 IR9 GENERAL PAYMENT QUESTIONS ANSWERED (EXPLAIN)        PMTGEN
               H/O CALLED ABOUT LATE FEE WANTED IT WAVIED ADV
               WE ALREADY WAIVED ONE.
COL 040306 BMF UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 040306 BMF CCCS RECMD
COL 040306 BMF CUST UNABLE TO PROVIDE INFO NECESSARY TO MAKE W/O
               DECISION. NO LTR SENT AS LOAN IS < 31 DAYS DELQ.
COL 040306 BMF            UNABLE TO COOPRATE
COL 040306 BMF EARLY RESOLUT
COL 040306 BMF BORROW WANTED TO GET SENT TO C/S SHE WANTED US TO W
               AVE HER LATE CHARGE..
```

Alewine v. ASC
ASC 000257
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG           02/21/07  11:19:13
EH ALEWINE      L:  F:  B:  R:          DUE 12/29/06    TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-----------------------------
COL 050306 *** SCORE 004    050306 AGT E16S DAYS DEL 004 RISK F
COL 050206 UFL PH HM BRWR    TRANSFERRED CST/SR
COL 050206 UFL LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
               54 .
COL 050206 UFL UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 050206 UFL CCCS RECMD
COL 050206 UFL TRSFD TO BCS
COL 050206 UFL EARLY RESOLUT
COL 050206 UFL BRW SAID HE WOULD CALL C/S WHEN HE GETS SOME TIME B
               UT HIS MORT PMT OF 383.00 IS HERE
COL 050206 UFL BRW ADV THT HE MADE THE PMT AND HIS PMT HAS ALWAYS
               BEEN 382.85 ADV I WOULD TRANSFER TO C/S
COL 050206 BED DIALR RESIDNT NO ANSWER
SER 050206 I9H RMVD FROM APR ME LNA DUE TO ANA STOP.  NO REVIEW.
SER 042406 I9H RMVD FROM ALLPORT LNA DUE TO ANA STOP, NO REVIEW.
SER 041806 47V FROM MEM1:
```

Alewine v. ASC
ASC 000258
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191            CONSOLIDATED NOTES LOG            02/21/07  11:19:15
EH ALEWINE       L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
       ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
       MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
--------------------------* PF8 FOR MORE *---------------------------
SER 052406 I9H RMVD FROM ALLPORT LNA DUE TO ANA STOP.  NO REVIEW.
COL 052306 GJ6     SENT REQ TO POST FUNDS IN SUS AS PAYMENT SHORT
               ESCROW
COL 051906 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 051806 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 051706 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 051606 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 051206 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 051106 A7P NOT ENOUGH FUNDS TO APPLY PYMNT
COL 051106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 051006 A7P SNT RQST TO REVERSE LATE FEES TO POST APRIL PYMNT
COL 050506 UEZ PH HM CO-BRWR MRTGR TO CALL BACK
COL 050506 UEZ CALL TERMINATED.
COL 050506 UEZ EARLY RESOLUT
COL 050506 UEZ B2 STTD SHE DDNT NO THE PYMNT INCRSD  WLL SLL BK
               CSTMR SRVC 2 FND OUT Y AND GET STTN HNDLD
COL 050506 (D) DIALR RESIDNT NO PTP IN 30 DAYS
```

Alewine v. ASC
ASC 000259
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191          CONSOLIDATED NOTES LOG          02/21/07  11:19:16
EH ALEWINE      L:  F:  B:  R:      DUE 12/29/06    TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
--------------------------* PF8 FOR MORE *--------------------------
COL 062206 GJ6     SENT REQ TO POST FUNDS IN SUS AS MAY PAYMENT SH
                   ORT ESCROW
COL 062206 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 062006 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 061406 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 061306 *** CL001 DAY 16 NOTICE              LETTER SENT
SER 060506 I9H RMVD FROM MAY ME LNA DUE TO ANA STOP.  NO ANALYSIS
COL 060506 *** SCORE 007   060206 AGT E16S DAYS DEL 007 RISK E
COL 060206 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 060106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 060106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 053106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 053106 C6R  WORKING MANUALLY.. CLLD 334-756-7845..  LEFT MESS.
                NOT ABLE TO REVERSE/REAPPLY.. BOR DUE $50.32 FOR M
                AY PYMNT AND $38.13 FOR APRIL PYMNT
COL 052406 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 052406 DVX DIALR RESIDNT LMTC ANSWER MACH
```

Alewine v. ASC
ASC 000260
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191            CONSOLIDATED NOTES LOG            02/21/07  11:19:18
EH ALEWINE      L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-----------------------------
HAZ 072006 BJV ID 3011291 DOC ID 7     HIPC                           4 INFAX
SER 072006 ENW PENDING CORRESPONDENCE RESEARCH REGARDING:             PENCOR
               LOAN TRANS TO ASC WITH A NEGATIVE ESC BAL IAO $637
               .50, CONTACTED OCWEN TO DETERMINE WHAT ADVANCES WE
               RE FOR AND EFFECTIVE DATES - ALSO FAXED PRROF OF I
               NS TO HIPC SO GAP CAN BE CANCELLED
SER 072006 ENW PENDING CORRESPONDENCE RESEARCH REGARDING:             PENCOR
               RECD LTR FWDED FRM DOS REGARDING QWR DATED 10/3/05
               THAT WAS IMAGED ON 10/17/05 BUT APPEARS WAS NOT A
               DDRESSED - SNT BWU LTR TO ATTY, PULLING HISTS IN O
               RDER TO RESEARCH
COL 071906 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 071106 *** SCORE 007    071106 AGT E16S DAYS DEL 012 RISK E
COL 070306 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 062306 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 062206 VKS DIALR RESIDNT NO ANSWER
COL 062206 (D) DIALR RESIDNT NO ANSWER
```

Alewine v. ASC
ASC 000261
ASC Production

```
Date: 2/21/2007 Time: 10:20:09 AM
```

```
NOTS 1099003191          CONSOLIDATED NOTES LOG          02/21/07  11:19:20
EH ALEWINE        L:  F:  B:  R:      DUE 12/29/06   TYPE CONV. RES.
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-------------------------* PF8 FOR MORE *------------------------------
HAZ 072506 03D BELOW CHARGE WILL BE REFUNDED.    EROLLINS CS MGR
               HIPC
HAZ 072406 DL4 351 RECV'D CCO. PROC'D SYSTEM CXL OF LPI EFF
               08/03/05, FLT. OSI. XPCT'D REFUND.
                                            SDAVIS/ATL
HAZ 072106 GIT RECD RIGHT FAX WORKED AS PAPER
               FOREMOST POL #103064737770602 EFF 8.20.02-03
               FOREMOST POL #103064737770603 EFF 8.20.03-04
               FOREMOST POL #103064737770604 EFF 8.20.04-05
               FOREMOST POL #103064737770605 EFF 8.20.05-06
               UPDATED 351, SUBMITTED CCO REQ FOR LPI REFUND
               NO LAPSE IN COV ASTARR HIPC
HAZ 072006 BJV COMPLETED FAX POLICY LINE 351 FROM FOREMOST INS
               CO  HIPC
COL 072006 DVX DIALR RESIDNT LMTC ANSWER MACH
HAZ 072006 BJV INSURANCE FAX RECEIVED                        4INFAX
               FOREMOST INS CO FAX RECEIVED ON 7/20/2006 BATCH
```

Alewine v. ASC
ASC 000262
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:19:21
EH ALEWINE        L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
        ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
        MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-----------------------------
SER 080406 ENW RECD CONF FRM PRIOR SVCR (OCWEN) THAT FUNDS IAO $3
               23 WERE ADV ON 10/25/00 FOR LPI EFFECTIVE FRM 8/3/
               00 TO 8/3/01 AND FUNDS IAO $314.50 ADV ON 8/8/01 F
               OR COV EFFECTIVE FRM 8/3/01 TO 8/3/02, LOAN TRANS
               WITH ADV BAL OF 637.50 ON 11/1/02 - SNT LTR TO ATT
               Y ADVISING OF THIS AND TO CONTACT ASC IF HAS PROOF
                OF INS FOR THAT TIME AND WE WILL WORK W/ PRIOR SV
               CR TO OBTAIN REFUND ONCE PROOF IS RECD AND REVIEWE
               D, SNT COPY OF MTG, LTRS DATED 7/18/05 & 3/30/06,
               AND PMT HIST FRM 11/1/02 TO PRESENT, CLOSNG WRTESC
SER 080406 ENW WRITTEN RESPONSE - HAZARD INSURANCE                     WRTINS
HAZ 080306 I2E WORKING SHZFPI TASK, WE ARE REFUNDING THE LENDER
               PLACED COVERAGE PER NOTE ON HAZN, CLOSING TASK
               APATTON HIPC
COL 080106 DVX DIALR RESIDNT LMTC ANSWER MACH
HAZ 072506 03D WORKING EXECUTIVE ISSUE REQUESTING REFUND OF
               8.00 LENDER PLACED CHARGE.  ADVISED PER NOTE
```

Alewine v. ASC
**ASC 000263**
ASC Production

'age: 32 Document Name: untitled

```
NOTS 1099003191          CONSOLIDATED NOTES LOG          02/21/07  11:19:23
EH ALEWINE      L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
--------------------------* PF8 FOR MORE *--------------------------------
COL 092606 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 092506 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 092006 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 090606 *** SCORE 007   090506 AGT E16S DAYS DEL 008 RISK E
COL 090106 DVX DIALR RESIDNT LMTC ANSWER MACH
HAZ 090106 RJI FROM OPEN ITEMS ~ RENEWAL HAS BEEN PAID PER
               AUTOMATED SYSTEM 800-532-4221  FOREMOST INS CO
               FOR 351 LINE, POL 103064727770605. HIPC
COL 083106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 083106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 082906 XWB PD SIROTE #383420 8/21/06 $67.50 LWFE
               FROM 99N99 PER INTEROFFICE MAIL MARC KLINE
HAZ 081006 PQB AMERICAN SECURITY REFUND RECEIVED
               $8.00 SENT LPI CK# 50179075 DTD
               07/26/06 TO LENDER FOR DEPOSIT INTO
               ESCROW ON 08/02/06 TCDENLEY/ATL
SER 080406 ENW CORECTION, HIST IS FRM 8/1/04 TO THE PRESENT
```

Alewine v. ASC
ASC 000264
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:19:25
EH ALEWINE       L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
       ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
       MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
----------------------------* PF8 FOR MORE *----------------------------------
COL 103006 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 102706 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 102606 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 102506 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 102406 BPS DIALR RESIDNT LMTC
COL 102406 (D) DIALR RESIDNT LMTC
COL 102406 YDT DIALR RESIDNT LMTC
COL 102406 (D) DIALR RESIDNT LMTC
COL 102306 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 102106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 102006 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 101906 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 101406 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 101106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 100506 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 100406 *** SCORE 025    100306 AGT E16S DAYS DEL 005 RISK D
```

Alewine v. ASC
ASC 000265
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

Page: 34 Document Name: untitled

```
NOTS 1099003191              CONSOLIDATED NOTES LOG            02/21/07  11:19:27
EH ALEWINE        L:  F:  B:  R:        DUE 12/29/06    TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
---------------------------* PF8 FOR MORE *----------------------------
COL 110606 BED DIALR RESIDNT MRTGR HUNG UP
COL 110606 NOP BORR COUNSEL  INFORMATION PACKET LETTER SENT
COL 110406 SWR DIALR RESIDNT MRTGR HUNG UP
COL 110406 (D) DIALR RESIDNT MRTGR HUNG UP
COL 110306 *** CL747 DAY 35 DEFAULT NOTICE    LETTER SENT
COL 110106 UEX PH HM BRWR    MRTGR TO CALL BACK                        1102
COL 110106 UEX CALL TERMINATED.
COL 110106 UEX EARLY RESOLUT
COL 110106 UEX WAS GOING TO TRSFER BWR TO CUSTOMER SRVICE IN REGAR
               DS TO INCREASED MRTG AMOUNT DUE TO INSURANCE BWR SD
               WILL C/ B
COL 110106 UEX RFD- BWR PMTS HVE INCREASED DUE TO INSURANCE BWR SD
               SNT IN PROOF OF INSURANCE BUT MRTG PMT IS STILL IN
               CREASED
COL 110106 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 110106 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 103106 DVX DIALR RESIDNT LMTC ANSWER MACH
```

Alewine v ASC
ASC 000266
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:19:28
EH ALEWINE        L:  F:  B:  R:         DUE 12/29/06   TYPE CONV. RES.
    ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
    MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
----------------------------* PF8 FOR MORE *----------------------------
COL 120506 *** SCORE 362   120406 AGT E30S DAYS DEL 037 RISK B
COL 120406 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 120406 ***  CL747 DAY 35 DEFAULT NOTICE      LETTER SENT
COL 120106 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 113006 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 112906 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 112906 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 112706 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 112406 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 112006 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 111806 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 111806 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 111706 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 111306 MEL ACCELERATION  DEMAND LTR SENT     EXPIRES IN 30 DAYS
COL 110906 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 110606 (D) DIALR RESIDNT MRTGR HUNG UP
```

Alewine v. ASC
ASC 000267
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191           CONSOLIDATED NOTES LOG           02/21/07  11:19:30
EH ALEWINE     L:  F:  B:  R:        DUE 12/29/06   TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-----------------------------
COL 011007 BRE EARLY RESOLUT
COL 011007 BRE BRWR CALLED IN, DIDNT KNOW WHY THERE WAS AN ESCROW
               ACCT, XFERED TO CUST SERVICE
COL 011007 @JM              MIRANDA UNDERSTOOD
COL 010407 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 010407 *** SCORE 353   010307 AGT E30S DAYS DEL 036 RISK C
COL 010307 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 010307 ***  CL747 DAY 35 DEFAULT NOTICE     LETTER SENT
COL 010207 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 122806 (D) DIALR RESIDNT LMTC
COL 122806 XYY DIALR RESIDNT LMTC
COL 122806 (D) DIALR RESIDNT LMTC
COL 122806 DTX DIALR RESIDNT LMTC
COL 122806 *** ORIGINAL OWNER      CONDITION ON 122606   MCS
COL 121806 MEL ACCELERATION  DEMAND LTR SENT    EXPIRES IN 30 DAYS
COL 120806 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 120606 DVX DIALR RESIDNT LMTC ANSWER MACH
```

Alewine v. ASC
**ASC 000268**
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

'age: 37 Document Name: untitled

```
NOTS 1099003191              CONSOLIDATED NOTES LOG              02/21/07  11:19:32
EH ALEWINE        L:  F:  B:  R:       DUE 12/29/06   TYPE CONV. RES.
      ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
      MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-------------------------* PF8 FOR MORE *-----------------------------
SER 011007 PJP FAR AS HHAZ AND HTAX, WILL EMAIL ESC CUSTOMERVICE  IRGESC
               WHEN I HAVE A CHANCE BORROWER DISCONNECTED WHILE O
               N HOLD
SER 011007 XHU CALL REASON- INQUIRY                              INQUIR
SER 011007 XHU TRANSFERRED TO LEAD REP
HAZ 011007 XHU BWR CALLED ABOUT ESCROW, STATED THAT SHE SHOULD NO
               T HAVE AN ESCROW ACCOUNT
SER 011007 XHU BWR CALLED ABOUT ESCROW, STATED THAT SHE SHOULD NO
               T HAVE AN ESCROW ACCOUNT
COL 011007 BRE COBRWR CALLED TRANSFERRED CST/SR                      0111
COL 011007 BRE LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
               54 .
COL 011007 BRE UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 011007 BRE CCCS RECMD
COL 011007 BRE TRSFD TO BCS
COL 011007 BRE RFD IS ESCROW ACCT ADDED
```

Alewine v. ASC
ASC 000269
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191            CONSOLIDATED NOTES LOG            02/21/07  11:19:34
EH ALEWINE        L:  F:  B:  R:        DUE 12/29/06    TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
------------------------------* PF8 FOR MORE *--------------------------------
COL 011607 3RF BWR HAS FORCED PLACED INSUARNCE STATING THAT SHE DO
               ESNT OWE BOTH MONTHS PYMTS
COL 011607 3RF ADV BWR OF CONQ
COL 011607 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 011507 MEL ACCELERATION  DEMAND LTR SENT    EXPIRES IN 30 DAYS
COL 011207 4AJ PH HM BRWR     TRANSFERRED CST/SR                          0113
COL 011207 4AJ LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
               54 .
COL 011207 4AJ UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 011207 4AJ CCCS RECMD
COL 011207 4AJ TRSFD TO BCS
COL 011207 4AJ EARLY RESOLUT
COL 011207 (D) DIALR RESIDNT NO PTP IN 30 DAYS
SER 011007 PJP LEAD REPRESENTATIVE HANDLED CALL              IRGESC
               WAS ATTEMPTING TO FIND OUT WHY BORROWER HAS A NEGA
               TIVE ESCROW BALANCE WHEN ALL IS ACCOUNTED FOR HAS
```

Alewine v. ASC
ASC 000270
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

```
NOTS 1099003191            CONSOLIDATED NOTES LOG           02/21/07  11:19:37
EH ALEWINE       L:  F:  B:  R:       DUE 12/29/06   TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
----------------------------* PF8 FOR MORE *-------------------------------
COL 012607 (D) DIALR RESIDNT LMTC
COL 012407 SWW RFD PMT INCREASE
COL 012407 SWW PH HM CO-BRWR MRTGR TO CALL BACK                          0125
COL 012407 SWW CALL TERMINATED.
COL 012407 SWW EARLY RESOLUT
COL 012407 (D) DIALR RESIDNT NO PTP IN 30 DAYS
COL 012307 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 011807 JPW ALRDY MD CNTCT
COL 011607 3RF PH HM BRWR    TRANSFERRED CST/SR                          0117
COL 011607 3RF LOAN TRANSFERRED TO CUSTOMER SERVICE AT 800-842-76
               54 .
COL 011607 3RF UNABLE TO RECOMMEND CREDIT COUNSELOR. REFERRED BRW
               R TO 8005694287FOR COUNSELING OPTIONS.
COL 011607 3RF CCCS RECMD
COL 011607 3RF TRSFD TO BCS
COL 011607 3RF EARLY RESOLUT
SER 011607 DJ6 CALL REASON~ INQUIRY                          INQUIR
```

Alewine v. ASC
ASC 000271
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM

age: 40 Document Name: untitled

```
NOTS 1099003191          CONSOLIDATED NOTES LOG           02/21/07  11:19:39
EH ALEWINE       L:  F:  B:  R:      DUE 12/29/06   TYPE CONV. RES.
     ANA Y ARM Y ASM Y BLN Y BNK Y CCN Y COL Y ELC Y FOR Y HAZ Y LMT Y
     MIP Y PIF Y PMT Y REO Y SER Y TAX Y TSK Y DATE SELECT: MMDDYY  PRINT:
-----------------------------* PF8 FOR MORE *-----------------------------
COL 021607 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 021407 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 021207 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 021207 MEL ACCELERATION  DEMAND LTR SENT     EXPIRES IN 30 DAYS
COL 020807 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 020607 DVX DIALR RESIDNT LMTC ANSWER MACH
TAX 020507 DCH
               F/A, ANYREEN/ASC/IA
COL 020207 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 020207 *** CL747 DAY 35 DEFAULT NOTICE    LETTER SENT
COL 020107 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 013107 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 013107 *** ORIGINAL OWNER          CONDITION ON 012707    MCS
COL 013007 DVX DIALR RESIDNT LMTC ANSWER MACH
COL 012907 DPI DIALR RESIDNT NO ANSWER          !!WELCOME CALL!!
COL 012907 (D) DIALR RESIDNT NO ANSWER
COL 012607 UEX DIALR RESIDNT LMTC
```

Alewine v. ASC
ASC 000272
ASC Production

Date: 2/21/2007 Time: 10:20:09 AM