IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD H. ALEWINE and<br>SHELLY M. ALEWINE,   )<br>  )<br>  ) | | |
| Plaintiffs,   ) | | |
|   ) | CIVIL ACTION NO. | |
| v.   ) | 3:06cv886-MHT | |
|   ) | | |
| AMERICA'S SERVICING<br>COMPANY,   )<br>  ) | | |
|   ) | | |
| Defendant.   ) | | |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 20) is set for submission, without oral argument, on August 31, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 10th day of August, 2007.

　　　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE