IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDWARD H. ALEWINE, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:06cv886-MHT |
| | ) |
| AMERICA'S SERVICING COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of plaintiffs' motion to compel (Doc. # 38), filed September 13, 2007, and for good cause, it is

ORDERED that defendants shall respond to the motion on or before September 24, 2007.

DONE, this 14th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE