**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **EDWARD H. ALEWINE,** ) | |
| **SHELLY M. ALEWINE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO.: 3:06cv886-MHT** |
| ) | |
| **AMERICA'S SERVICING COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Comes now the plaintiffs and moves this Honorable Court for an order enlarging the time for discovery in this case. As grounds therefore the plaintiffs would show as follows:

1. Currently the discovery deadline in this case is September 28, 2007.

2. There are outstanding discovery disputes before the Court.

3. The Court has set the defendant's response on September 24, 2007.

4. Because of these disputes and the pending rulings, the discovery cannot be completed by the current cutoff date.

5. It would serve the interests of justice and fairness to the parties to extend the discovery date an adequate amount of time to allow for the completion of discovery.

WHEREFORE, premises considered, the plaintiffs move this Honorable Court for an Order extending the discovery deadline in this case.

Done and filed this 14th day of September, 2007.

    /s/ Nick Wooten
    Nick Wooten
    Attorney for the Plaintiffs

**OF COUNSEL:**

Wooten Law Firm, P.C.
Trial Lawyers
P.O. Box 290
10 Second Avenue S.E.
LaFayette, AL  36862
Tel:    (334) 864-2132
Fax:    (334) 864-2133

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the Defendants by providing an electronic copy on this the 14th day of September 2007 to:

Keith Andress
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 N. 20th Street, Ste. 1600
Wachovia Tower
Birmingham, AL 35203

      /s/ Nick Wooten
      OF COUNSEL