**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **EDWARD H. ALEWINE,** ) | |
| **SHELLY M. ALEWINE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **CASE NO.: 3:06cv886-MHT** |
| ) | |
| **AMERICA'S SERVICING COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

**<u>PLAINTIFFS' MOTION FOR A REFERRAL TO BANKRUPTCY COURT</u>**

Comes now the plaintiffs and moves this Honorable Court for an order referring this matter to the Bankruptcy Court for further proceedings.  As grounds therefore the plaintiffs would show as follows:

1.    The subject matter of this litigation arises over charges made to the plaintiffs mortgage account by the defendants.

2.    During discovery, specifically during the deposition conducted on July 10, 2007, the defendant testified that some of the charges placed on the plaintiffs mortgage were charges made post-petition while there was an active Chapter 13 plan in effect.

3.    Said charges were placed on the plaintiffs' account in violation of the automatic stay and without the bankruptcy court's approval.

4.    Because this defendant has been cited multiple times for violations of the automatic stay, see for example *In re Slick,* 280 B.R. 722 and *In re Jones,* 2007 WL 1112047, (the plaintiffs note that the companies in these two cases are Norwest and Wells Fargo, the plaintiffs further note that America's Servicing Company is a fictitious name for Wells Fargo according to their testimony and answers to interrogatories) the plaintiffs believe that the Bankruptcy Court should have the opportunity to evaluate

the violations of the automatic stay and discharge order by these defendants and the plaintiffs believe that these violations would be considered core proceedings in that Wells Fargo is in effect seeking to collect monies that were charged to the plaintiffs illegally during their chapter 13 bankruptcy.

5.     Because the bankruptcy court has more experience with these types of wrongful actions and the acts of the defendants impact the authority of the bankruptcy court to administer bankruptcy cases, the plaintiffs believe that it would serve the interests of justice fairness to refer the matter to the Bankruptcy Court for further proceedings.

WHEREFORE, premises considered, the plaintiffs move this Honorable Court for an Order referring this matter to the bankruptcy court for further proceedings.

Done and filed this 14th day of September, 2007.


  /s/  Nick Wooten_____
Nick Wooten
Attorney for the Plaintiffs


**OF COUNSEL:**

Wooten Law Firm, P.C.
Trial Lawyers
P.O. Box 290
10 Second Avenue S.E.
LaFayette, AL  36862
Tel:    (334) 864-2132
Fax:    (334) 864-2133

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing upon the Defendants by providing an electronic copy on this the 14th day of September 2007 to:

Keith Andress
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 N. 20th Street, Ste. 1600
Wachovia Tower
Birmingham, AL 35203


_/s/ Nick Wooten_
OF COUNSEL