IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
EDWARD H. ALEWINE and      )
SHELLY M. ALEWINE,         )
                           )
    Plaintiffs,            )
                           )   CIVIL ACTION NO.
    v.                     )   3:06cv886-MHT
                           )
AMERICA'S SERVICING        )
COMPANY,                   )
                           )
    Defendant.             )
```

ORDER

It is ORDERED that the motion for a referral to bankruptcy court (Doc. No. 41) is set for submission, without oral argument, on October 9, 2007, with all briefs due by said date.

DONE, this the 21st day of September, 2007.

                                  /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE