IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWARD H. ALEWINE, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:06cv886-MHT |
| ) | |
| AMERICA'S SERVICING COMPANY,) | |
| ) | |
| Defendant. ) | |

## REQUEST FOR ORAL ARGUMENT

COMES NOW America's Servicing Company and respectfully requests oral argument on all motions pending before this Court as of the date of the filing of this request. Defendant submits that there are several legal and procedural issues that involve undisputed facts and that the resolution of these issues could significantly affect the longevity or necessity of the trial which is set in January 2008. Counsel for Plaintiffs has indicated that he does not oppose this request.

Respectfully submitted,

/s/ D. Keith Andress
D. KEITH ANDRESS
JAMES H. WHITE, IV

Attorneys for America's Servicing Company

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Ste. 1600
Birmingham, Alabama  35203
(205) 328-0480 – telephone
(205) 322-8007 – facsimile
kandress@bakerdonelson.com
jwhite@bakerdonelson.com

## CERTIFICATE OF SERVICE

      I hereby certify that on September 24, 2007, the foregoing has been served upon the following counsel of record by electronic mail via the Court's cm/ecf system:

Mr. Nicholas H. Wooten
Mr. Anjali Kamath
Wooten Law Firm, P.C.
P.O. Drawer 290
Lafayette, AL  36862

              /s/ D. Keith Andress
              Of Counsel

B DKA 759057 v1
2780973-000281 9/24/2007