IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| EDWARD H. ALEWINE,<br>SHELLY M. ALEWINE,<br><br>     Plaintiffs,<br><br>     v.<br><br>AMERICA'S SERVICING COMPANY,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 3:06cv886-MHT<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of plaintiffs' motion for enlargement of time (Doc. # 40), filed September 14, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

1. The discovery deadline is CONTINUED generally. A new deadline will be established during the upcoming conference call.

2. A telephone conference call is scheduled for October 10, 2007 at 3:00 p.m. Counsel for the plaintiffs is DIRECTED to set up the telephone conference call.

3. Counsel for all parties are DIRECTED to meet and confer in person or by telephone on or before October 9, 2007 in a good faith effort to narrow the issues or resolve the discovery dispute.

DONE, this 27th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE