IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD H. ALEWINE and | ) | |
| SHELLY M. ALEWINE, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:06cv886-MHT |
| | ) | |
| AMERICA'S SERVICING | ) | |
| COMPANY, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the request for oral argument (Doc. No. 44) is denied without prejudice. Should it later appear that oral argument will be helpful, the court will set such.

DONE, this the 2nd day of October, 2007.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE