**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **EDWARD H. ALEWINE,** ) | |
| **SHELLY M. ALEWINE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO.: 3:06cv886-MHT** |
| ) | |
| **AMERICA'S SERVICING COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF COMPLIANCE WITH COURT'S ORDER

Comes now the plaintiffs in the above styled action and files herewith their notice of compliance with the Court's Orders directing the plaintiffs to coordinate a conference call and show as follows:

.1  The plaintiff has arranged for a conference call for October 10, 2007 at 3:00 pm.

2.  The conference call in number is: (308) 344-6400.

3.  The conference call access code is: 681996#.

4.  All parties may access the call by using this information.

Done and filed this 8th day of October 2007.

                                                                                                  _/s/_ Nick Wooten_____
                                                                                                   Nick Wooten
                                                                                                   Attorney for the Plaintiffs

**OF COUNSEL:**

Wooten Law Firm, P.C.
Trial Lawyers
P.O. Box 290
10 Second Avenue S.E.
LaFayette, AL  36862
Tel:     (334) 864-2132
Fax:    (334) 864-2133

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the Defendants by providing an electronic copy on this the 8th day of October 2007 to:

Keith Andress
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 N. 20th Street, Ste. 1600
Wachovia Tower
Birmingham, AL 35203


                                                  /s/ Nick Wooten
                                                  OF COUNSEL