IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWARD H. ALEWINE, *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>AMERICA'S SERVICING COMPANY,)<br>)<br>    Defendant. ) | Case No. 3:06cv886-MHT |

## UNOPPOSED MOTION TO RESCHEDULE PRETRIAL CONFERENCE

COMES NOW Defendant and moves to reschedule the pretrial conference currently set for November 19, 2007, to a different date in close proximity thereto. In support of this Motion, Defendant states as follows:

1. Keith Andress, Defendant's counsel primarily responsible for this case, is scheduled to be out of state for depositions November 19, 2007 through November 21, 2007 in the case *Philip S. Zettler v. Wafra Acquisition Fund 9, L.P., et al.,* Jefferson County Circuit Court, CV-05-952. Counsel for both Plaintiff and the Defendants in the *Zettler* action have already made travel arrangements, including hotel and airfare to New York.

2. Plaintiffs' counsel, as an accommodation, does not oppose this Motion.

Respectfully submitted,


/s/ D. Keith Andress
D. KEITH ANDRESS
JAMES H. WHITE, IV

Attorneys for America's Servicing Company


OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Ste. 1600
Birmingham, Alabama  35203
(205) 328-0480 – telephone
(205) 322-8007 – facsimile
kandress@bakerdonelson.com
jwhite@bakerdonelson.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2007, the foregoing has been served upon the following counsel of record by electronic mail via the Court's cm/ecf system:

Mr. Nicholas H. Wooten
Mr. Anjali Kamath
Wooten Law Firm, P.C.
P.O. Drawer 290
Lafayette, AL  36862


/s/ D. Keith Andress
Of Counsel