IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD H. ALEWINE and<br>SHELLY M. ALEWINE,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>AMERICA'S SERVICING<br>COMPANY,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>3:06cv886-MHT |

### ORDER

It is ORDERED that the motion to reschedule pretrial conference (Doc. No. 52) is denied. The movant has known since March 5, 2007, that the pretrial would be set for November 19. <u>Uniform Scheduling Order</u> (Doc. No. 12) at 1. The movant does not explain why it waited so long to bring any conflict to the attention of the court or why it allowed a conflict to develop in the first place in light of the early notice of the pretrial.

DONE, this the 18th day of October, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE