IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| EDWARD H. ALEWINE, *et al.*, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICA'S SERVICING COMPANY, ) <br> ) <br>     Defendant. ) | Case No. 3:06cv886-MHT |

## DEFENDANT'S SUPPLEMENTAL RESPONSE TO PLAINTIFFS' MOTION FOR REFERRAL TO BANKRUPTCY COURT

COMES NOW Defendant, America's Servicing Company ("ASC"), and supplements its Response to Plaintiffs' Motion for Referral to Bankruptcy Court as follows:

1. In its Response Brief, Defendant stated that Plaintiffs' sought to transfer "a portion of Plaintiffs' Complaint" to the Bankruptcy Court while leaving the remainder of Plaintiffs' claims in this Court. (Response Brief, p. 17). Counsel for Plaintiffs subsequently contacted the undersigned and stated that partial transfer was never requested and he asked the undersigned to clarify this point in the Response Brief.

2. Based upon Plaintiffs' counsel's statements, Defendant withdraws its discussion of factor (9) relating to partial transfer and its reliance on *In re Dow Corning Corp.*, 113 F. 3d 565 (6th Cir. 1997) as moot. (Response Brief, p. 17-18).

B DKA 761551 v1
2780973-000281 10/19/2007

Respectfully submitted,


/s/ D. Keith Andress
D. KEITH ANDRESS
JAMES H. WHITE, IV

Attorneys for America's Servicing Company


OF COUNSEL:

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Ste. 1600
Birmingham, Alabama 35203
(205) 328-0480 – telephone
(205) 322-8007 – facsimile
kandress@bakerdonelson.com
jwhite@bakerdonelson.com


## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2007, the foregoing has been served upon the following counsel of record by electronic mail via the Court's cm/ecf system:

Mr. Nicholas H. Wooten
Mr. Anjali Kamath
Wooten Law Firm, P.C.
P.O. Drawer 290
Lafayette, AL 36862


/s/ D. Keith Andress
Of Counsel