**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **EDWARD H. ALEWINE,** ) | |
| **SHELLY M. ALEWINE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **CASE NO.: 3:06cv886-MHT** |
| ) | |
| **AMERICA'S SERVICING COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFFS' NOTICE OF SETTLEMENT TO THE COURT

     Comes now the plaintiffs and notifies this Honorable Court that a settlement has been reached in the case. The parties request 30 days to complete the settlement documents and file them with the Court.

Done and filed this 18th day of November, 2007.

                                                                              /s/ Nick Wooten
                                                                              Nick Wooten
                                                                              Attorney for the Plaintiffs

**OF COUNSEL:**

Wooten Law Firm, P.C.
Trial Lawyers
P.O. Box 290
10 Second Avenue S.E.
LaFayette, AL 36862
Tel:   (334) 864-2132
Fax:   (334) 864-2133

2

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the Defendants by providing an electronic copy on this the 18th day of November 2007 to:

Keith Andress
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
420 N. 20th Street, Ste. 1600
Wachovia Tower
Birmingham, AL 35203


      /s/ Nick Wooten
      OF COUNSEL